| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: <br> EASTERN DISTRICT OF NORTH CAROLINA | |
| Case number *(if known)* | Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Charles & Colvard, Ltd.** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | **FDBA  C3 DIAMANTE, INC.** <br> **FDBA  C3, INC.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **56-1928817** |

| 4. | Debtor's address | **Principal place of business** <br><br> **170 Southport Drive** <br> **Morrisville, NC 27560** <br> Number, Street, City, State & ZIP Code <br><br> **Wake** <br> County | **Mailing address, if different from principal place of business** <br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | **www.charlesandcolvard.com** |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: |

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor **Charles & Colvard, Ltd.** Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Charles & Colvard, Ltd.**     Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

| Debtor | **Charles & Colvard, Ltd.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | |
|---|---|---|
| Debtor | **Charles & Colvard, Ltd.** | Case number (*if known*) |
| | Name | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  2, 2026**
                      MM / DD / YYYY

**X** **/s/ Michael Levin**                                      **Michael Levin**
Signature of authorized representative of debtor      Printed name

Title   **Board Chair**

**18. Signature of attorney**

**X** **/s/ Rebecca Redwine Grow**                            Date **March  2, 2026**
Signature of attorney for debtor                                            MM / DD / YYYY

**Rebecca Redwine Grow**
Printed name

**Hendren, Redwine & Malone, PLLC**
Firm name

**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
Number, Street, City, State & ZIP Code

Contact phone   **(919) 420-7867**      Email address   **rredwine@hendrenmalone.com**

**NC State Bar 37012 NC**
Bar number and State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Eastern District of North Carolina

In re: **Charles & Colvard, Ltd.**  Debtor(s)

Case No.  
Chapter **11**

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **None**.

2. The following financial data is the latest available information and refers to the debtor's condition on **2/19/2026**.

   a. Total assets                                              $ **19,200,000.00**

   b. Total debts (including debts listed in 2.c., below)       $ **10,500,000.00**

   c. Debt securities held by more than 500 holders:

   | | | | Approximate number of holders: |
   |---|---|---|---|
   | secured ☐  unsecured ☐  subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐  unsecured ☐  subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐  unsecured ☐  subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐  unsecured ☐  subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐  unsecured ☐  subordinated ☐ | $ | 0.00 | 0 |

   d. Number of shares of preferred stock          0          0

   e. Number of shares common stock          3,118,273          0

   Comments, if any:

3. Brief description of Debtor's business:
   **The Debtor is a globally recognized fine jewelry company specializing in lab created gemstones. For more information, see Declaration of Michael Levin.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Ollin Sykes, Duc Pham, Riverstyx Capital Management, Carlos Valadez**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Charles & Colvard, Ltd.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  2, 2026**        X **/s/ Michael Levin**
                                              Signature of individual signing on behalf of debtor

                                              **Michael Levin**
                                              Printed name

                                              **Board Chair**
                                              Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Charles & Colvard, Ltd. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aaron Shum Jewelry Ltd. Unit 8-12, 1F,4 Hok, Yurn Street E Hunghom, Kowloon HK | | Business debt | | | | $58,497.00 |
| Agio Inc. Attn: Managing Agent 1205 S Air Depot Blvd, Ste 113 Oklahoma City, OK 73110 | | Business debt | | | | $116,040.00 |
| American Express Travel Services Attn: Managing Agent P.O. Box 360001 Fort Lauderdale, FL 33336 | | Credit card debt | | | | $139,200.00 |
| Ammante Jewells LLP Unit No 49/A SDF II, Seepz SEZ, Andheri East, Mumbai IN-400096 | | Business debt | | | | $138,472.00 |
| Art Tec Jewelry Designs LTD Attn: Mananging Agent 48 West 48th Street, Room 401 New York, NY 10036 | | Business debt | | | | $62,692.00 |

Debtor **Charles & Colvard, Ltd.**   Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BDO USA LLP**<br>**Attn: Managing Agent**<br>**P.O. Box 642743**<br>**Pittsburgh, PA 15264** | | **Auditing services** | | | | $105,717.00 |
| **Brex Treasury LLC**<br>**Attn: Managing Agent**<br>**650 South 500 West**<br>**Salt Lake City, UT 84101** | | **Credit card debt** | | | | $198,208.71 |
| **GM Casting House Inc.**<br>**Attn: Managing Agent**<br>**5 S. Wabash Ave, Ste 614**<br>**Chicago, IL 60603** | | **Business debt** | | | | $49,205.00 |
| **Google LLC**<br>**Attn: Managing Agent**<br>**P.O. Box 883654**<br>**Los Angeles, CA 90088** | | **Business debt** | | | | $243,453.00 |
| **iHeart Communications, Inc.**<br>**Attn: Managing Agent**<br>**P.O. Box 406372**<br>**Atlanta, GA 30384** | | **Business debt** | | | | $103,164.00 |
| **K&L Gates LLP**<br>**Attn: Managing Agent**<br>**P.O. Box 830304**<br>**Philadelphia, PA 19182** | | **Legal services** | | | | $262,358.00 |
| **Lividini & Company LLC**<br>**Attn: Managing Agent**<br>**264 West 40th Street**<br>**New York, NY 10018** | | **Business debt** | | | | $87,049.00 |
| **NBC Universal LLC**<br>**Attn: Managing Agent**<br>**30 Rockefeller Place**<br>**New York, NY 10112** | | **Business debt** | | | | $182,103.00 |

Debtor  **Charles & Colvard, Ltd.**  Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| **SBP Office Owner, LP**<br>**Attn: Managing Agent**<br>**P.O. Box 936799**<br>**Atlanta, GA 31193** | | **Business debt** | | | | **$201,767.00** |
| **Tealium Inc.**<br>**Attn: Managing Agent**<br>**Dept Ch 19762**<br>**Palatine, IL 60055** | | **Business debt** | | | | **$77,000.00** |
| **Vaco Raleigh LLC**<br>**Attn: Managing Agent**<br>**P.O. Box 667**<br>**Brentwood, TN 37024** | | **Business debt** | | | | **$89,369.00** |
| **Valor Gems**<br>**Rm 903, Unit 1, No 1,Shenlongli Xinxing 1st Road Wuzhou Guangxi CN** | | **Business debt** | | | | **$332,115.00** |
| **Women's Marketing Inc/Stella Rising**<br>**Attn: Managing Agent**<br>**P.O. Box 2014**<br>**Hicksville, NY 11802** | | **Business debt** | | | | **$184,815.00** |
| **Wunderkind Corporation**<br>**Attn: Managing Agent**<br>**285 Fulton Street, 74th Floor**<br>**New York, NY 10007** | | **Business debt** | | | | **$72,105.00** |
| **Wyrick Robbins Yates & Ponton, LLC**<br>**Attn: Managing Agent**<br>**4101 Lake Boone Trail #300**<br>**Raleigh, NC 27607** | | **Legal services** | | | | **$196,149.00** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

# United States Bankruptcy Court
### Eastern District of North Carolina

In re  **Charles & Colvard, Ltd.**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Board Chair of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 2, 2026**

**/s/ Michael Levin**
**Michael Levin**/**Board Chair**
Signer/Title

| | | |
|---|---|---|
| Aaron Shum Jewelry Ltd.<br>Unit 8-12, 1F,4 Hok, Yurn Street E<br>Hunghom, Kowloon HK | American Express Corp Services<br>Attn: Managing Agent<br>20022 North 31st Ave, MCAZ080311<br>Phoenix, AZ 85027 | BDO USA LLP<br>Attn: Managing Agent<br>P.O. Box 642743<br>Pittsburgh, PA 15264 |
| Acceleration Partners, LLC<br>Attn: Managing Agent<br>P.O. Box 83071<br>Woburn, MA 01813 | American Express Travel Services<br>Attn: Managing Agent<br>P.O. Box 360001<br>Fort Lauderdale, FL 33336 | Beehive Industries Ltd.<br>Paradise Industrial Estate<br>Kuruwita, Sri Lanka LK |
| Accentuate Staffing Inc.<br>Attn: Managing Agent<br>3200 Fairhill Drive, Ste 100<br>Raleigh, NC 27612 | American Express Travel Services<br>Attn: Managing Agent<br>200 Vesey Street<br>New York, NY 10285 | Brex Treasury LLC<br>Attn: Managing Agent<br>650 South 500 West<br>Salt Lake City, UT 84101 |
| ACNielsen Corporation<br>Attn: Managing Agent<br>P.O. Box 88961<br>Chicago, IL 60695 | Ammante Jewells LLP<br>Unit No 49/A SDF II, Seepz SEZ,<br>Andheri East, Mumbai IN-400096 | Broadridge ICS<br>Attn: Managing Agent<br>P.O. Box 416423<br>Boston, MA 02241 |
| Adobe Inc.<br>Attn: Managing Agent<br>345 Park Ave<br>San Jose, CA 95110 | Anna Craven<br>2411 W Cascade Way<br>Spokane, WA 99208 | Broadridge ICS<br>Attn: Managing Agent<br>51 Mercedes Way<br>Brentwood, NY 11717 |
| Adwar Casting Company<br>Attn: Managing Agent<br>120 South Long Beach Road<br>Rockville Centre, NY 11570 | Arctic Wolf Networks, Inc.<br>Attn: Managing Agent<br>P.O. Box 46390<br>Eden Prairie, MN 55344 | Butler Advisors LLC<br>Attn: Managing Agent<br>6893 Mill Run Circle<br>Naples, FL 34109 |
| Affirm, Inc.<br>Attn: Managing Agent<br>650 California St, Floor 12<br>San Francisco, CA 94108 | Art Tec Jewelry Designs LTD<br>Attn: Mananging Agent<br>48 West 48th Street, Room 401<br>New York, NY 10036 | Cannella Media, LLC<br>Attn: Managing Agent<br>848 Liberty Drive<br>Burlington, WI 53105 |
| Afterpay US, Inc.<br>Attn: Managing Agent<br>760 Market Street, Floor 2<br>San Francisco, CA 94102 | Bankruptcy Administrator, EDNC<br>434 Fayetteville Street<br>Suite 640<br>Raleigh, NC 27601 | Canon Financial Services, Inc.<br>Attn: Managing Agent<br>14904 Collections Center Dr<br>Chicago, IL 60693 |
| Agio Inc.<br>Attn: Managing Agent<br>1205 S Air Depot Blvd, Ste 113<br>Oklahoma City, OK 73110 | Barcode Warehouse<br>Attn: Managing Agent<br>101 Smoke Hill Lane, Ste 130<br>Woodstock, GA 30188 | Charles & Colvard Direct, LLC<br>Attn: Managing Agent<br>170 Southport Drive<br>Morrisville, NC 27560-1000 |

Cherry Bekaert Advisory LLC
Attn: Managing Agent
200 South 10th St, Ste 900
Richmond, VA 23219

Cisco Systems, Inc.
Attn: Managing Agent
170 West Tasman Drive
San Jose, CA 95134

CISION US INC
Attn: Managing Agent
P.O. Box 419484
Boston, MA 02241

CISION US INC
Attn: Managing Agent
300 S. Riverside Plaza
Chicago, IL 60606

Citrix Systems, Inc.
Attn: Managing Agent
P.O. Box 936497
Atlanta, GA 31193

ClickUp
Attn: Managing Agent
350 Tenth Ave, Ste 500
San Diego, CA 92101

Cloudnexa Inc.
Attn: Managing Agent
32 W. 200 St, #405
Salt Lake City, UT 84101

Dcarbon Inc
Attn: Managing Agent
20 West 47th Street, Ste 906
New York, NY 10036

Deloitte Tax LLP
Attn: Managing Agent
P.O. Box 844736
Dallas, TX 75284

Digital Media Innovations, LLC
Attn: Managing Agent
P.O. Box 74007143
Chicago, IL 60674

Digital Media Innovations, LLC
Attn: Managing Agent
770 N. Halstead St, Ste 500
Chicago, IL 60642

Duc Pham
3286 Vin Santo Lane
San Jose, CA 95148

Ede Consulting
Attn: Managing Agent
3373 N. 46th Street
Milwaukee, WI 53216

Equiniti Trust Company, LLC
Attn: Managing Agent
1110 Centre Point Curve, Ste 101
Saint Paul, MN 55120

Essential Lab Grown Diamonds Inc.
Attn: Managing Agent
22 West 48th Street, Ste 200
New York, NY 10036

Ethara Capital LLC
Attn: Managing Agent
50 West 47th Street, Ste 1711
New York, NY 10036

Evoqua Water Technologies, LLC
Attn: Managing Agent
28563 Network Place
Chicago, IL 60673

FactGlobal Private Limited
Fno201, Yaadaadri Residency
Mahadevpuram Gajularamaram
Hyderabad Telangana India 500055

Federal Express Corporation
Attn: Managing Agent
P.O. Box 371461
Pittsburgh, PA 15250

Feedonmics LLC
Attn: Managing Agent
21011 Warner Center Ln, Ste A
Woodland Hills, CA 91367

First Insurance Funding
Attn: Managing Agent
P.O. Box 7000
Carol Stream, IL 60197

First Insurance Funding Corp
Attn: Managing Agent
P.O. Box 66468
Chicago, IL 60666

Flanagan Law, PLLC
Attn: Managing Agent
P.O. Box 151
Washington, NC 27889

Fremada Gold Inc.
Attn: Managing Agent
2 West 45th Street, Ste 1605
New York, NY 10036

Genesys
Attn: Managing Agent
1302 El Camino Real, Ste 300
Menlo Park, CA 94025

Genesys Cloud Services, Inc.
Attn: Managing Agent
1302 El Camino Real, Ste 300
Menlo Park, CA 94025

Gerald Groon, Jr.
Smith Debnam
P.O. Box 176010
Raleigh, NC 27619

GM Casting House Inc.
Attn: Managing Agent
5 S. Wabash Ave, Ste 614
Chicago, IL 60603

Google LLC
Attn: Managing Agent
P.O. Box 883654
Los Angeles, CA 90088

GS1 US, Inc.
Attn: Managing Agent
Princeton South Corp. Center 300
Trenton, NJ 08628

Hat Sack Marketing, LLC
Attn: Managing Agent
132 N Jefferson St #650
Milwaukee, WI 53202

Heartland Video Systems, Inc.
Attn: Manaigng Agent
1311 Pilgrim Road
Plymouth, WI 53073

Honest Stone House
Unit A1-11,1F, Bldg 2G, Hok Yuen St
Hunghom, Kowloon HK

iHeart Communications, Inc.
Attn: Managing Agent
P.O. Box 406372
Atlanta, GA 30384

iHeartmedia + Entertainment, Inc.
Attn: Managing Agent
20880 Stone Oak Pky
San Antonio, TX 78258

Impact Tech, Inc.
Attn: Managing Agent
223 East De La Guerra St
Santa Barbara, CA 93101

Insightsoftware, LLC
Attn: Managing Agent
8529 Six Forks Road, Ste 300
Raleigh, NC 27615

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

International Gemological Institute
Attn: Managing Agent
545 5th Avenue, 11th Floor
New York, NY 10017

Internetwork Service Inc.
Attn: Managing Agent
13777 Ballantyne Corp Pl, Ste 305
Charlotte, NC 28277

Iron Mountain
Attn: Managing Agent
P.O. Box 27128
New York, NY 10087

Jason Taylor
3214 Oxford Drive
Durham, NC 27707

Jewelers Bond of Trade
Attn: Managing Agent
2348 Post Road, Ste 120
Warwick, RI 02886

Jones & Hale LLP
Attn: Managing Agent
434 Fayetteville St, Ste 2200
Raleigh, NC 27601

Joseph Castings Inc.
Attn: Mananging Agent
25 Brook Avenue
Maywood, NJ 07607

Joshua Averbeck
132 N. Jefferson Street, #650
Milwaukee, WI 53202

K&L Gates LLP
Attn: Managing Agent
P.O. Box 830304
Philadelphia, PA 19182

Karen Delfin
Zwicker & Associates, PC
285 Davidson Ave, Ste 307
Somerset, NJ 08873

Kira Jewels Inc.
Attn: Managing Agent
535 5th Avenue, Floor 17
New York, NY 10017

Level 3 Communications
Attn: Managing Agent
P.O. Box 910182
Denver, CO 80291

Litmus Software Inc
Attn: Managing Agent
P.O. Box 24267
New York, NY 10087

Lividini & Company LLC
Attn: Managing Agent
264 West 40th Street
New York, NY 10018

Lucy E. Hill
Dentons Cohen & Grigsby PC
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222

Lumen Technologies Group
Attn: Managing Agent
100 CenturyLink Dr
Monroe, LA 71203

Malca Amit Canada Inc
Attn: Managing Agent
153-66 Rockaway Blvd
Jamaica, NY 11434

Mango Technologies, Inc
Attn: Managing Agent
350 Tenth Ave, Ste 500
San Diego, CA 92101

Mary Beth LLC
Attn: Managing Agent
114 Crestview Road
Raleigh, NC 27609

MERCER INC
Attn: Managing Agent
P.O. Box 730182
Dallas, TX 75373

Mimecast North America Inc
Attn: Managing Agent
P.O. Box 772609
Detroit, MI 48277

MKE Squared LLC
Attn: Managing Agent
6703 W. Monona Place
West Allis, WI 53219

NBC Universal LLC
Attn: Managing Agent
30 Rockefeller Place
New York, NY 10112

NC Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

nClouds Inc.
Attn: Managing Agent
32 W. 200 Street #405
Salt Lake City, UT 84101

Neal Goldman
76 Third Street North
Naples, FL 34102

Nestor Alfonso
c/o Kravets & Associates, P.C.
75 South Broadway, 4th Floor
White Plains, NY 10601

Overnight Mountings
Attn: Managing Agent
88758 Expedite Way
Chicago, IL 60695

Pacific Northern Inc
Attn: Managing Agent
3116 Belmeade Drive
Carrollton, TX 75006

Paycor
Attn: Managing Agent
4811 Montgomery Road
Cincinnati, OH 45212

PayPal, Inc.
Attn: Managing Agent
2211 North First Street
San Jose, CA 95131

Peninsula
Attn: Managing Agent
62 W. 47th Street, Ste 702F
New York, NY 10036

Presidio Networked Soutions Group
Attn: Managing Agent
3725 National Drive, Ste 210
Raleigh, NC 27612

Prime Driect Limited
Flat1211A 12F Tower, 39 Ma Tau Wai
To Kwa Wan, Kowloon HK

Quadient Leasing USA Inc.
Attn: Managing Agent
478 Wheelers Farms Rd
Milford, CT 06461

Rakuten Marketing LLC
Attn: Managing Agent
215 Park Ave South, 9th Floor
New York, NY 10003

RAS Accountax Services LLP
G1 Dhiraj Park Apt Desai St
Surat, Gujarat India 394 210

Rebecca Lindahl
Katten Muchin Rosenman LLP
615 S. College St, Ste 1700
Charlotte, NC 28202

Richard T. Petrillo
Kranjac Tripodi & Partners LLP
30 Wall Street, 12th Floor
New York, NY 10005

Riskified, Inc.
Attn: Managing Agent
220 Fifth Ave, 2nd Floor
New York, NY 10001

Rithum Corporation
Attn: Managing Agent
25736 Network Place
Chicago, IL 60673

Rivers Agency LLC
Attn: Managing Agent
P.O. Box 9796
Chapel Hill, NC 27515

Riverstyx Capital Management
Attn: Managing Agent
3661 Val Verde Circle
Jacksonville, FL 32224

Rosenthal Jewelers Supply Corp
Attn: Managing Agent
64 N.E. 1st Street
Miami, FL 33132

Royal Chain Inc
Attn: Managing Agent
2 West 46th Street
Franklin Square, NY 11010

SBP Office Owner, LP
Attn: Managing Agent
P.O. Box 936799
Atlanta, GA 31193

Securitas Technology Corporation
Attn: Managing Agent
Dept. Ch 10651
Palatine, IL 60055

Shannon Systems, LLC
Attn: Managing Agent
173 Spark Street
Brockton, MA 02302

Sheer ID Inc
Attn: Managing Agent
1300 SW 5th Ave, Ste 2100
Portland, OR 97201

Sheer ID Inc
Attn: Managing Agent
320 SW 5th Ave, Ste 710
Portland, OR 97204

Shopify Inc.
150 Elgin Street
Ottawa, Ontario K2P 1L4

Smith Anderson LLP
Attn: Managing Agent
P.O. Box 2611
Raleigh, NC 27602

Southport Graphics LLC
Attn: Managing Agent
P.O. Box 91709
Raleigh, NC 27675

SPS Commerce, Inc..
Attn: Managing Agent
333 South 7th Street, Ste 1000
Minneapolis, MN 55402

Stephen Gould
P.O. Box 419816
Boston, MA 02241

Sterling Seacrest Pritchard Inc
Attn: Managing Agent
P.O. Box 724137
Atlanta, GA 31139

Stripe, Inc.
Attn: Managing Agent
354 Oyster Point Blvd
South San Francisco, CA 94080

Sua Sponte Security, LLC
Attn: Managing Agent
P.O. Box 461
Durham, NC 27701

Taxually International Ltd.
40 Mespil Road, 5th Floor
Dublin IE

Tealium Inc.
Attn: Managing Agent
Dept Ch 19762
Palatine, IL 60055

Tealium Inc.
Attn: Managing Agent
9605 Scranton Rd, Ste 600
San Diego, CA 92121

Ted F. Mitchell
McIntosh Law Firm, P.C.
P.O. Box 2270
Davidson, NC 28036

Tennis Connection
Attn: Managing Agent
169 East Flagler St, Ste 1627
Miami, FL 33131

The NASDAQ Stock Market LLC
Attn: Managing Agent
P.O. Box 780700
Philadelphia, PA 19178

Three Fives Consulting LLC
Attn: Managing Agent
5496 Davis Lane
Spring Hope, NC 27882

TOPPAN MERRILL LLC
Attn: Managing Agent
P.O. Box 74007295
Chicago, IL 60674

Tosyali International LTD
Attn: Managing Agent
P.O. Drawer 2929
Tuscaloosa, AL 35403

U.S. Attorney, EDNC
Attn: Civil Process Clerk
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

U.S. Securities and Exchange Comm.
Attn: Managing Agent
950 East Paces Ferry Rd NE, Ste 900
Atlanta, GA 30326

Uline Inc.
Attn: Managing Agent
P.O. Box 88741
Chicago, IL 60680

UPS
Attn: Managing Agent
P.O. Box 7247-0244
Philadelphia, PA 19170

UPS
Attn: Managing Agent
2456 S Miami Blvd.
Durham, NC 27703

UPS Supply Chain Solutions Inc.
Attn: Managing Agent
28013 Network Place
Chicago, IL 60673

Vaco LLC
Attn: Managing Agent
5501 Virginia Way, Ste 120
Brentwood, TN 37027

Vaco Raleigh LLC
Attn: Managing Agent
P.O. Box 667
Brentwood, TN 37024

Validity
Attn: Managing Agent
100 Summer St, Ste 2900
Boston, MA 02110

Valor Gems
Rm 903, Unit 1, No 1,Shenlongli
Xinxing 1st Road
Wuzhou Guangxi CN

VATGLOBAL
Attn: Managing Agent
248 W 35th Street #1402
New York, NY 10001

Victor Settings
Attn: Managing Agent
25 Brooke Avenue
Maywood, NJ 07607

Vimeo.com, Inc.
Attn: Managing Agent
330 West 34th Street
New York, NY 10001

Virtual Graffiti Inc
Attn: Managing Agent
P.O. Box 96463
Charlotte, NC 28296

W R Cobb Company
Attn: Managing Agent
800 Waterman Avenue
East Providence, RI 02914

Wake County Dept. of Revenue
Attn: Managing Agent
P.O. Box 2331
Raleigh, NC 27602

WC Inc dba Western Computer
Attn: Managing Agent
351 Candelaria Road
Oxnard, CA 93030

Webfargo Data Security Inc
Attn: Managing Agent
P.O. Box 14446
Durham, NC 27709

Webfargo Data Security Inc
Attn: Managing Agent
4601 Creekside Dr, Ste 175
Durham, NC 27703

Wolcott Group, LLC
Attn: Managing Agent
1332 Sharon Copley Road #587
Sharon Center, OH 44274

Wolfspeed, Inc.
Attn: Managing Agent
4600 Silicon Drive
Durham, NC 27703

Wolfspeed, Inc.
Attn: Managing Agent
P.O. Box 932931
Atlanta, GA 31193

Women's Marketing Inc/Stella Rising
Attn: Managing Agent
P.O. Box 2014
Hicksville, NY 11802

Wunderkind Corporation
Attn: Managing Agent
285 Fulton Street, 74th Floor
New York, NY 10007

Wyrick Robbins Yates & Ponton, LLC
Attn: Managing Agent
4101 Lake Boone Trail #300
Raleigh, NC 27607

Yotpo
Attn: Managing Agent
180 Madison Ave
New York, NY 10016

**United States Bankruptcy Court**
Eastern District of North Carolina

In re  **Charles & Colvard, Ltd.**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Charles & Colvard, Ltd.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**CEDE & Co**
**Attn: Managing Agent**
**570 Washington Blvd**
**Jersey City, NJ 07310**

☐ None [*Check if applicable*]

**March  2, 2026**
Date

**/s/ Rebecca Redwine Grow**
**Rebecca Redwine Grow**
Signature of Attorney or Litigant
Counsel for  **Charles & Colvard, Ltd.**
**Hendren, Redwine & Malone, PLLC**
**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
**(919) 420-7867 Fax:(919) 420-0475**
**rredwine@hendrenmalone.com**