# UNANIMOUS WRITTEN CONSENT OF THE
# BOARD OF DIRECTORS
# OF CHARLES & COLVARD, LTD.

## March 2, 2026

### Chapter 11 Matters

The undersigned, being all of the members of the Board of Directors (the "Board") of Charles & Colvard, Ltd., a North Carolina corporation (the "Company"), and desiring to take action without a meeting by this written consent as authorized by Section 55-8-21 of the North Carolina Business Corporation Act, do hereby adopt the following resolutions and consent to the actions contemplated therein, effective as of the date first written above:

**WHEREAS**, the Board has reviewed the facts and circumstances related to the financial position of the Company, and upon due deliberation and consideration and upon review and discussion of such information as the Board has deemed appropriate, the Board has determined that it is desirable and in the best interests of the Company and its creditors that the Company file a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Eastern District of North Carolina for the purpose of paying its debts under the jurisdiction of the Bankruptcy Court.

**NOW, THEREFORE, BE IT RESOLVED**, that the Company be, and hereby is, authorized to proceed with the filing of a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Eastern District of North Carolina;

**FURTHER RESOLVED,** that Michael Levin, as Board Chair of the Company, is authorized and directed to sign and verify the voluntary petition under Chapter 11 of the Bankruptcy Code on behalf of the Company and to execute such other documents, including without limitation, pleadings, schedules, statement of affairs, applications, motions, plan of reorganization, disclosure statement, and amendments or modifications thereto, in furtherance of the Company's Chapter 11 filing and reorganization effort; and

**FURTHER RESOLVED,** that the Company be, and hereby is, authorized to engage Jason L. Hendren, Rebecca Redwine Grow, Lydia C. Carpenter and Benjamin Waller and the law firm of Hendren, Redwine & Malone, PLLC as attorneys to represent it in said Chapter 11 filing and reorganization.

### General Authority

**FURTHER RESOLVED**, that all acts and things done by any officer, director, employee or agent of the Company on or prior to the date hereof in connection with the transactions contemplated by the foregoing resolutions be, and the same hereby are, in all respects ratified, confirmed, approved and adopted as acts by and on behalf of the Company.

**IN WITNESS WHEREOF**, the undersigned have executed this Unanimous Written Consent of the Board of Directors to be effective as of the date first above written.

*Signed by:*
*Michael Levin*
Michael Levin (Executive Chair; Board Chair)

*Signed by:*
*Ben Franklin*
Ben Franklin

*Signed by:*
*Duc Pham*
Duc Pham

*Signed by:*
*[signature]*
Lloyd Sems