<u>**Revised Exhibit A**</u>
<u>**Proposed Order**</u>

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **CHARLES & COLVARD, LTD.** | )   Case No. 26-00969-5-DMW |
| | ) |
| Debtor. | )   Chapter 11 |
| | ) |

<u>**ORDER ALLOWING EMERGENCY MOTION FOR ORDER DIRECTING WELLS FARGO BANK, N.A. TO RELEASE HOLD ON DEBTOR'S BANK ACCOUNTS**</u>

THIS MATTER coming on to be heard before the United States Bankruptcy Court on the Emergency Motion for Order Directing Wells Fargo Bank, N.A. ("Wells Fargo") to Release Hold on Debtor's Bank Accounts, as filed by counsel for the Debtor in the above-referenced matter; and it appearing to the Court that the party in interest was served with the Motion; and it further appearing that the time has expired to file a response or a request for hearing and that no response or request for hearing has been filed with this Court; and it further appearing to the Court that this matter is a core proceeding pursuant to 11 U.S.C. § 157, and the Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §§ 151, 157 and 1334.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that Wells Fargo, N.A., along with its affiliates and subsidiaries, is ORDERED to immediately restore the Debtor's access to its pre-petition bank accounts, Checking Account No. x2516 and Checking Account No. x2180, with no restrictions of any kind.

**IT IS FURTHER ORDERED** that Wells Fargo is authorized to debit the Debtor's accounts in the ordinary course of business without the need for further order of this Court for: (i) all checks drawn on the Debtor's accounts which are cashed at Wells Fargo's counters or exchanged for cashier's checks by the payees thereof prior to the Commencement Date; (ii) all checks or other items deposited in one of Debtor's accounts with Wells Fargo prior to the Commencement Date which have been dishonored or returned unpaid for any reason, together with any fees and costs in connection therewith, to the same extent the Debtor was responsible for such items prior to the Commencement Date; and (iii) all undisputed prepetition amounts outstanding as of the date hereof, if any, owed to Wells Fargo as service charges for the maintenance of the Cash Management System; and

**IT IS FURTHER ORDERED** that Wells Fargo may rely on the representations of the Debtor with respect to whether any check or other payment order drawn or issued by the Debtor prior to the Commencement Date should be honored pursuant to this or any other order of this Court, and Wells Fargo shall not have any liability to any party for relying on such representations by the Debtor as provided for herein;

**IT IS FURTHER ORDERED** that (i) that those certain existing deposit agreements between the Debtors and Wells Fargo shall continue to govern the post-petition cash management relationship between the Debtors and Wells Fargo, and that all of the provisions of such agreements, including, without limitation, the termination and fee provisions, shall remain in full

force and effect, (ii) either the Debtors or Wells Fargo may, without further Order of this Court, implement changes to the cash management systems and procedures in the ordinary course of business pursuant to terms of those certain existing deposit agreements, including, without limitation, the opening and closing of bank accounts.

**END OF DOCUMENT**