**Fill in this information to identify the case:**

Debtor name     **Charles & Colvard, Ltd.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **26-00969-5**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 16, 2026**        **X /s/ Michael Levin**
                                          Signature of individual signing on behalf of debtor

                                          **Michael Levin**
                                          Printed name

                                          **Board Chair**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Charles & Colvard, Ltd.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **26-00969-5**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.........................................................................................   $     **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................   $     **4,875,863.17**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.........................................................................................   $     **4,875,863.17**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $     **4,567,951.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $     **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$     **4,076,662.19**

4. **Total liabilities** ....................................................................................................................
Lines 2 + 3a + 3b   $     **8,644,613.19**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Charles & Colvard, Ltd.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | **26-00969-5** |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Operating** | **2156** | **$10,106.86** |
| 3.2. | **JP Morgan Asset Management** | **Money Market** | **2708** | **$22,726.56** |
| 3.3. | **JP Morgan Chase Bank** | **Money Market** | **0561** | **$0.00** |
| 3.4. | **JP Morgan Chase Bank** | **Checking** | **0913** | **$74,026.94** |
| 3.5. | **JP Morgan Chase Bank** | **Checking** | **0996** | **$0.00** |
| 3.6. | **JP Morgan Chase Bank** | **Money Market** | **1963** | **$0.00** |

| Debtor | **Charles & Colvard, Ltd.** | Case number *(If known)* | **26-00969-5** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.7. | **Wells Fargo** | **Master Deposit Account** | 2180 | $136,802.13 |
| 3.8. | **Paypal Account** | | **AELS** | $9,695.54 |
| 3.9. | **Paypal Account** | | **UDYN** | $2,000.94 |
| 3.10. | **Allspring** | **Money market** | 6291 | $5,850.20 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $261,209.17 |
    |---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.

■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    | | | |
    |---|---|---|
    | 7.1. | **Security Deposit** | $45,430.00 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.

    | $45,430.00 |
    |---|

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.  **Accounts receivable**

     11a. 90 days old or less:  420,224.00  -  131,000.00  = ....     $289,224.00
     
     face amount          doubtful or uncollectible accounts

12.  **Total of Part 3.**

     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

     | $289,224.00 |
     |---|

**Part 4:    Investments**

13. **Does the debtor own any investments?**

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 2 |
|---|---|---|

Debtor   **Charles & Colvard, Ltd.**                                    Case number *(If known)*  **26-00969-5**
_____Name_____

☐ No.  Go to Part 5.

■ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: |  |  |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:  % of ownership |  |  |

| | Name of entity | % of ownership | Valuation method | Current value |
|---|---|---|---|---|
| 15.1. | **Charles & Colvard Direct, LLC (45-2976143) (no activity)** | **100** % | | **$0.00** |
| 15.2. | **charlesandcolvard.com, LLC (owner of moissaniteoutlet.com, LLC 100%) (45-2966911)** | **100** % | | **Unknown** |
| 15.3. | **Charles & Colvard (HK) Ltd. (98-0606428) (no activity)** | **100** % | | **$0.00** |

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: |
|---|---|

| 17. | **Total of Part 4.** | **$0.00** |
|---|---|---|

Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**Gold in possession of Loren Casting** | | **Unknown** | **Liquidation** | **$60,000.00** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies**<br>**Loose jewels (raw materials, WIP, finished goods and consignment)** | | **Unknown** | **Liquidation** | **$1,300,000.00** |
| | **Jewelry (components, WIP, finished goods, consignment)** | | **Unknown** | **Liquidation** | **$2,300,000.00** |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 3

Debtor   **Charles & Colvard, Ltd.**
Name

Case number *(If known)*   **26-00969-5**

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$3,660,000.00

24. **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **Office furniture** | **Unknown** | **Liquidation** | **$50,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Office equipment** | **Unknown** | **Liquidation** | **$300,000.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$350,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

Official Form 206A/B

Schedule A/B Assets - Real and Personal Property

page 4

| Debtor | Charles & Colvard, Ltd. | | Case number *(If known)* | 26-00969-5 |
|---|---|---|---|---|
| | Name | | | |

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Production and polishing equipment | Unknown | Liquidation | $20,000.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $20,000.00 |
|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** Multiple patents, designs, trademarks and copyrights | Unknown | | Unknown |
| **61.** **Internet domain names and websites** Charles & Colvard Instagram and other social media accounts | Unknown | | Unknown |

Debtor    **Charles & Colvard, Ltd.**
_____
           Name

Case number *(If known)*  **26-00969-5**
_____

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**
       **Retail and wholesale customer list**          **Unknown**                          **Unknown**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                    | $0.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                              **Current value of debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)
       **Note receivable from Now With**        **250,000.00**  -         **0.00**   =
       **Ventures, LLC dba VideoShops**         Total face amount    doubtful or uncollectible amount    **$250,000.00**

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

       **Potential NOLs**                              Tax year  **multiple**            **Unknown**

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

       **Potential causes of action regarding fiduciary breaches**                      **Unknown**
       Nature of claim      _____
       Amount requested              **$0.00**

75.    **Other contingent and unliquidated claims or causes of action of**

Debtor    **Charles & Colvard, Ltd.**                            Case number *(If known)*  **26-00969-5**
               Name

        **every nature, including counterclaims of the debtor and rights to set off claims**

76.      **Trusts, equitable or future interests in property**

77.      **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.      **Total of Part 11.**                                                    **$250,000.00**

        Add lines 71 through 77. Copy the total to line 90.

79.      **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

Debtor   **Charles & Colvard, Ltd.**                    Case number *(If known)*   **26-00969-5**
         Name

<table>
<tr><td colspan="2">Part 12:</td><td colspan="2">**Summary**</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $261,209.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $45,430.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $289,224.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,660,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $350,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $20,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $250,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,875,863.17 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,875,863.17 |

**Fill in this information to identify the case:**

Debtor name      **Charles & Colvard, Ltd.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **26-00969-5**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **Essential Lab Grown Diamonds Inc.** Creditor's Name **Attn: Managing Agent 22 West 48th Street, Ste 200 New York, NY 10036** Creditor's mailing address | Describe debtor's property that is subject to a lien **loose lab-grown diamonds** | **$66,024.00** | **Unknown** |
| | | Creditor's email address, if known | | |
| | **Date debt was incurred 4/4/2021** **Last 4 digits of account number** | Describe the lien **UCC-1** **Is the creditor an insider or related party?** ■ No  ☐ Yes **Is anyone else liable on this claim?** ■ No  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** ■ No  ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent  ☐ Unliquidated  ☐ Disputed | | |
| **2.2** | **Ethara Capital LLC** Creditor's Name **Attn: Managing Agent 50 West 47th Street, Ste 1711 New York, NY 10036** Creditor's mailing address | Describe debtor's property that is subject to a lien **Blanket Lien** | **$2,064,831.00** | **Unknown** |
| | | Creditor's email address, if known | | |
| | **Date debt was incurred 12/4/2025** **Last 4 digits of account number** | Describe the lien **UCC-1** **Is the creditor an insider or related party?** ■ No  ☐ Yes **Is anyone else liable on this claim?** ■ No  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

Official Form 206D               Schedule D: Creditors Who Have Claims Secured by Property                page 1 of 2

| Debtor | **Charles & Colvard, Ltd.** | Case number (if known) | **26-00969-5** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 | **Wolfspeed, Inc.** | Describe debtor's property that is subject to a lien | $2,437,096.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent
4600 Silicon Drive
Durham, NC 27703**

Creditor's mailing address

**Blanket Lien (except precious metals, regardless of form)**

Describe the lien

**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**5/8/2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $4,567,951.00 |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Rebecca Lindahl
Katten Muchin Rosenman LLP
615 S. College St, Ste 1700
Charlotte, NC 28202** | Line **2.3** | |
| **Richard T. Petrillo
Kranjac Tripodi & Partners LLP
30 Wall Street, 12th Floor
New York, NY 10005** | Line **2.2** | |
| **Wolfspeed, Inc.
Attn: Managing Agent
P.O. Box 932931
Atlanta, GA 31193** | Line **2.3** | |

**Fill in this information to identify the case:**

Debtor name   **Charles & Colvard, Ltd.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **26-00969-5**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**    Priority creditor's name and mailing address

**Arizona Dept. of Revenue**
**Attn: Managing Agent**
**P.O. Box 29079**
**Phoenix, AZ 85038**

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Notice Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

Total claim: **Unknown**   Priority amount: **Unknown**

**2.2**    Priority creditor's name and mailing address

**California Dept. of Revenue**
**Attn: Managing Agent or Officer**
**3321 Power Inn Road, 2nd Floor**
**Sacramento, CA 95826**

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Notice Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

Total claim: **Unknown**   Priority amount: **Unknown**

| Debtor | **Charles & Colvard, Ltd.** | Case number (if known) | **26-00969-5** |
|---|---|---|---|
| | Name | | |

---

| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**FL Dept. of Revenue**
**Attn: Managing Agent**
**P.O. Box 6520**
**Tallahassee, FL 32314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Illinois Dept. of Revenue**
**Attn: Managing Agent**
**P.O. Box 19035**
**Springfield, IL 62794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**KY Department of Revenue**
**Attn: Managing Agent**
**501 High Street**
**Frankfort, KY 40601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor   **Charles & Colvard, Ltd.**
Name

Case number (if known)   **26-00969-5**

---

**2.7** | Priority creditor's name and mailing address

**LA Dept. of Revnue**
**Attn: Managing Agent**
**617 N 3rd Street**
**Baton Rouge, LA 70802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | Unknown

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address

**MA Dept. of Revenue**
**Attn: Managing Agent**
**P.O. Box 9552**
**Boston, MA 02114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | Unknown

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address

**Minnesota Department of Revenue**
**Attn: Managing Agent**
**600 North Robert St.**
**Saint Paul, MN 55101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | Unknown

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address

**Missouri Department of Revenue**
**Attn: Managing Agent**
**301 West High Street**
**Jefferson City, MO 65101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown | Unknown

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Charles & Colvard, Ltd.** | Case number (if known) | **26-00969-5** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**NC Department of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**New Jersey Dept. of Revenue**
**Attn: Managing Agent**
**P.O. Box 046**
**Trenton, NJ 08646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**New York State Dept. of Taxation**
**Attn: Managing Agent**
**P.O. Box 5300**
**Albany, NY 12205-0300**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Pennsylvania Department of Revenue**
**Attn: Managing Agent**
**P.O. Box 280905**
**Harrisburg, PA 17128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

| Debtor | **Charles & Colvard, Ltd.** | Case number (if known) | **26-00969-5** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Rhode Island Division of Taxation
Attn: Managing Agent
One Capitol Hill
Providence, RI 02908**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**TN Dept of Revenue
Attn: Managing Agent
500 Deaderick Street
Nashville, TN 37242**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Wake County Dept. of Revenue
Attn: Managing Agent
P.O. Box 2331
Raleigh, NC 27602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Wisconsin Dept. of Revenue
Attn: Managing Agent
2135 Rimrock Road
Madison, WI 53713**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Charles & Colvard, Ltd.** | Case number (if known) | **26-00969-5** |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$58,497.00** |
|---|---|---|---|

**Aaron Shum Jewelry Ltd.**
**Unit 8-12, 1F,4 Hok, Yurn Street E**
**Hunghom, Kowloon HK**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,098.00** |
|---|---|---|---|

**Acceleration Partners, LLC**
**Attn: Managing Agent**
**P.O. Box 83071**
**Woburn, MA 01813**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,358.00** |
|---|---|---|---|

**Accentuate Staffing Inc.**
**Attn: Managing Agent**
**3200 Fairhill Drive, Ste 100**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,520.00** |
|---|---|---|---|

**ACNielsen Corporation**
**Attn: Managing Agent**
**P.O. Box 88961**
**Chicago, IL 60695**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$732.00** |
|---|---|---|---|

**Adwar Casting Company**
**Attn: Managing Agent**
**120 South Long Beach Road**
**Rockville Centre, NY 11570**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$116,040.00** |
|---|---|---|---|

**Agio Inc.**
**Attn: Managing Agent**
**1205 S Air Depot Blvd, Ste 113**
**Oklahoma City, OK 73110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$139,200.00** |
|---|---|---|---|

**American Express Travel Services**
**Attn: Managing Agent**
**P.O. Box 360001**
**Fort Lauderdale, FL 33336**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Credit card debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Charles & Colvard, Ltd.**
          _____
          Name

Case number (if known)    **26-00969-5**

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$138,472.00** |
|---|---|---|---|

**Ammante Jewells LLP**
**Unit No 49/A SDF II, Seepz SEZ,**
**Andheri East, Mumbai IN-400096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$62,692.00** |
|---|---|---|---|

**Art Tec Jewelry Designs LTD**
**Attn: Mananging Agent**
**48 West 48th Street, Room 401**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$657.00** |
|---|---|---|---|

**Barcode Warehouse**
**Attn: Managing Agent**
**101 Smoke Hill Lane, Ste 130**
**Woodstock, GA 30188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$105,717.00** |
|---|---|---|---|

**BDO USA LLP**
**Attn: Managing Agent**
**P.O. Box 642743**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Auditing services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,035.00** |
|---|---|---|---|

**Beehive Industries Ltd.**
**Paradise Industrial Estate**
**Kuruwita, Sri Lanka LK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$198,208.71** |
|---|---|---|---|

**Brex Treasury LLC**
**Attn: Managing Agent**
**650 South 500 West**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Credit card debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,149.00** |
|---|---|---|---|

**Broadridge ICS**
**Attn: Managing Agent**
**P.O. Box 416423**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Charles & Colvard, Ltd.**                         Case number (if known)   **26-00969-5**
_____
Name

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,125.00** |

**Butler Advisors LLC**
**Attn: Managing Agent**
**6893 Mill Run Circle**
**Naples, FL 34109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **Business debt**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,990.00** |

**Cannella Media, LLC**
**Attn: Managing Agent**
**848 Liberty Drive**
**Burlington, WI 53105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **Business debt**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,073.00** |

**Canon Financial Services, Inc.**
**Attn: Managing Agent**
**14904 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **Business debt**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,250.00** |

**Cherry Bekaert Advisory LLC**
**Attn: Managing Agent**
**200 South 10th St, Ste 900**
**Richmond, VA 23219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **Accounting services**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,500.00** |

**CISION US INC**
**Attn: Managing Agent**
**P.O. Box 419484**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **Business debt**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,372.00** |

**Cloudnexa Inc.**
**Attn: Managing Agent**
**32 W. 200 St, #405**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **Business debt**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,219.00** |

**Dcarbon Inc**
**Attn: Managing Agent**
**20 West 47th Street, Ste 906**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **Business debt**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Charles & Colvard, Ltd.** | Case number (if known) | **26-00969-5** |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,900.00** |
|---|---|---|---|

**Deloitte Tax LLP**
**Attn: Managing Agent**
**P.O. Box 844736**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Accounting services**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,738.00** |
|---|---|---|---|

**Digital Media Innovations, LLC**
**Attn: Managing Agent**
**P.O. Box 74007143**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$136,109.84** |
|---|---|---|---|

**Duc Pham**
**3286 Vin Santo Lane**
**San Jose, CA 95148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt- proxy cost reimbursement**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,171.00** |
|---|---|---|---|

**Ede Consulting**
**Attn: Managing Agent**
**3373 N. 46th Street**
**Milwaukee, WI 53216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,680.00** |
|---|---|---|---|

**Evoqua Water Technologies, LLC**
**Attn: Managing Agent**
**28563 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,512.00** |
|---|---|---|---|

**Federal Express Corporation**
**Attn: Managing Agent**
**P.O. Box 371461**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,275.00** |
|---|---|---|---|

**First Insurance Funding**
**Attn: Managing Agent**
**P.O. Box 7000**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Charles & Colvard, Ltd.**      Case number (if known)    **26-00969-5**
_____
Name

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**First Insurance Funding Corp**<br>**Attn: Managing Agent**<br>**P.O. Box 66468**<br>**Chicago, IL 60666**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __**Business debt**__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$23,389.00** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Fremada Gold Inc.**<br>**Attn: Managing Agent**<br>**2 West 45th Street, Ste 1605**<br>**New York, NY 10036**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __**Business debt**__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$360.00** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Genesys Cloud Services, Inc.**<br>**Attn: Managing Agent**<br>**1302 El Camino Real, Ste 300**<br>**Menlo Park, CA 94025**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __**Business debt**__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,035.00** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**GM Casting House Inc.**<br>**Attn: Managing Agent**<br>**5 S. Wabash Ave, Ste 614**<br>**Chicago, IL 60603**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __**Business debt**__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$49,205.00** |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Google LLC**<br>**Attn: Managing Agent**<br>**P.O. Box 883654**<br>**Los Angeles, CA 90088**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __**Business debt**__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$243,453.00** |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Heartland Video Systems, Inc.**<br>**Attn: Manaigng Agent**<br>**1311 Pilgrim Road**<br>**Plymouth, WI 53073**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __**Business debt**__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,652.00** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Honest Stone House**<br>**Unit A1-11,1F, Bldg 2G, Hok Yuen St**<br>**Hunghom, Kowloon HK**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __**Business debt**__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,259.00** |

Debtor **Charles & Colvard, Ltd.**
Name

Case number (if known)   **26-00969-5**

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103,164.00 |
|---|---|---|---|

**iHeart Communications, Inc.**
**Attn: Managing Agent**
**P.O. Box 406372**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,751.00 |
|---|---|---|---|

**Insightsoftware, LLC**
**Attn: Managing Agent**
**8529 Six Forks Road, Ste 300**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,646.00 |
|---|---|---|---|

**Iron Mountain**
**Attn: Managing Agent**
**P.O. Box 27128**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,295.00 |
|---|---|---|---|

**Jewelers Bond of Trade**
**Attn: Managing Agent**
**2348 Post Road, Ste 120**
**Warwick, RI 02886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,600.00 |
|---|---|---|---|

**Jones & Hale LLP**
**Attn: Managing Agent**
**434 Fayetteville St, Ste 2200**
**Raleigh, NC 27601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Legal services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,097.00 |
|---|---|---|---|

**Joseph Castings Inc.**
**Attn: Mananging Agent**
**25 Brook Avenue**
**Maywood, NJ 07607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,126.00 |
|---|---|---|---|

**Joshua Averbeck**
**132 N. Jefferson Street, #650**
**Milwaukee, WI 53202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: __**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Charles & Colvard, Ltd.** | Case number (if known) | **26-00969-5** |
|---|---|---|---|
| | Name | | |

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$262,358.00**

**K&L Gates LLP**
**Attn: Managing Agent**
**P.O. Box 830304**
**Philadelphia, PA 19182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Legal services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,099.00**

**Kira Jewels Inc.**
**Attn: Managing Agent**
**535 5th Avenue, Floor 17**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,335.00**

**Level 3 Communications**
**Attn: Managing Agent**
**P.O. Box 910182**
**Denver, CO 80291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,750.00**

**Litmus Software Inc**
**Attn: Managing Agent**
**P.O. Box 24267**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$87,049.00**

**Lividini & Company LLC**
**Attn: Managing Agent**
**264 West 40th Street**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,680.00**

**Mango Technologies, Inc**
**Attn: Managing Agent**
**350 Tenth Ave, Ste 500**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,000.00**

**Mary Beth LLC**
**Attn: Managing Agent**
**114 Crestview Road**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Charles & Colvard, Ltd.** | Case number (if known) | **26-00969-5** |
|---|---|---|---|
| | Name | | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,011.74** |
|---|---|---|---|

**Mediant Communications Inc.**
**Attn: Managing Agent**
**400 Regency Forest Drive, Ste 200**
**Cary, NC 27518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**MERCER INC**
**Attn: Managing Agent**
**P.O. Box 730182**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,929.00** |
|---|---|---|---|

**Mimecast North America Inc**
**Attn: Managing Agent**
**P.O. Box 772609**
**Detroit, MI 48277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$182,103.00** |
|---|---|---|---|

**NBC Universal LLC**
**Attn: Managing Agent**
**30 Rockefeller Place**
**New York, NY 10112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,307.00** |
|---|---|---|---|

**nClouds Inc.**
**Attn: Managing Agent**
**32 W. 200 Street #405**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Neal Goldman**
**76 Third Street North**
**Naples, FL 34102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nestor Alfonso**
**c/o Kravets & Associates, P.C.**
**75 South Broadway, 4th Floor**
**White Plains, NY 10601**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Potential lawsuit claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Charles & Colvard, Ltd.**
Name

Case number (if known)   **26-00969-5**

| | |
|---|---|
| 3.57 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Overnight Mountings** | ☐ Contingent |
| **Attn: Managing Agent** | ☐ Unliquidated |
| **88758 Expedite Way** | ☐ Disputed |
| **Chicago, IL 60695** | |

**$13,399.00**

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.58 **Nonpriority creditor's name and mailing address**

**Pacific Northern Inc**
**Attn: Managing Agent**
**3116 Belmeade Drive**
**Carrollton, TX 75006**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,807.00**

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.59 **Nonpriority creditor's name and mailing address**

**Peninsula**
**Attn: Managing Agent**
**62 W. 47th Street, Ste 702F**
**New York, NY 10036**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$23,555.00**

Date(s) debt was incurred __

Basis for the claim:  **Moissanite labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.60 **Nonpriority creditor's name and mailing address**

**Peninsula**
**Attn: Managing Agent**
**62 W. 47th Street, Ste 702F**
**New York, NY 10036**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,594.00**

Date(s) debt was incurred __

Basis for the claim:  **LGD labor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.61 **Nonpriority creditor's name and mailing address**

**Prime Driect Limited**
**Flat1211A 12F Tower, 39 Ma Tau Wai**
**To Kwa Wan, Kowloon HK**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,929.00**

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.62 **Nonpriority creditor's name and mailing address**

**Rakuten Marketing LLC**
**Attn: Managing Agent**
**215 Park Ave South, 9th Floor**
**New York, NY 10003**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,979.00**

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.63 **Nonpriority creditor's name and mailing address**

**Riskified, Inc.**
**Attn: Managing Agent**
**220 Fifth Ave, 2nd Floor**
**New York, NY 10001**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,029.00**

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Charles & Colvard, Ltd.**      Case number (if known)    **26-00969-5**
Name

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,280.00**

**Rivers Agency LLC**
**Attn: Managing Agent**
**P.O. Box 9796**
**Chapel Hill, NC 27515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$270,078.90**

**Riverstyx Capital Management**
**Attn: Managing Agent**
**3661 Val Verde Circle**
**Jacksonville, FL 32224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Business debt- proxy cost reimbursement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,714.00**

**Rosenthal Jewelers Supply Corp**
**Attn: Managing Agent**
**64 N.E. 1st Street**
**Miami, FL 33132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35,698.00**

**Royal Chain Inc**
**Attn: Managing Agent**
**2 West 46th Street**
**Franklin Square, NY 11010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$201,767.00**

**SBP Office Owner, LP**
**Attn: Managing Agent**
**P.O. Box 936799**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$273.00**

**Securitas Technology Corporation**
**Attn: Managing Agent**
**Dept. Ch 10651**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,400.00**

**Sheer ID Inc**
**Attn: Managing Agent**
**1300 SW 5th Ave, Ste 2100**
**Portland, OR 97201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Charles & Colvard, Ltd.** | Case number (if known) | **26-00969-5** |
|---|---|---|---|
| | Name | | |

**3.71 Nonpriority creditor's name and mailing address**

**Smith Anderson LLP**
**Attn: Managing Agent**
**P.O. Box 2611**
**Raleigh, NC 27602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal services**

Is the claim subject to offset? ■ No ☐ Yes

**$15,986.00**

---

**3.72 Nonpriority creditor's name and mailing address**

**Southport Graphics LLC**
**Attn: Managing Agent**
**P.O. Box 91709**
**Raleigh, NC 27675**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,160.00**

---

**3.73 Nonpriority creditor's name and mailing address**

**Stephen Gould**
**P.O. Box 419816**
**Boston, MA 02241**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,187.00**

---

**3.74 Nonpriority creditor's name and mailing address**

**Sterling Seacrest Pritchard Inc**
**Attn: Managing Agent**
**P.O. Box 724137**
**Atlanta, GA 31139**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$13,871.00**

---

**3.75 Nonpriority creditor's name and mailing address**

**Taxually International Ltd.**
**40 Mespil Road, 5th Floor**
**Dublin IE**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounting services**

Is the claim subject to offset? ■ No ☐ Yes

**$5,350.00**

---

**3.76 Nonpriority creditor's name and mailing address**

**Tealium Inc.**
**Attn: Managing Agent**
**Dept Ch 19762**
**Palatine, IL 60055**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$77,000.00**

---

**3.77 Nonpriority creditor's name and mailing address**

**Tennis Connection**
**Attn: Managing Agent**
**169 East Flagler St, Ste 1627**
**Miami, FL 33131**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,933.00**

---

| Debtor | **Charles & Colvard, Ltd.** | Case number (if known) | **26-00969-5** |
|---|---|---|---|
| | Name | | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,333.00** |
|---|---|---|---|

**The NASDAQ Stock Market LLC**
**Attn: Managing Agent**
**P.O. Box 780700**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,775.00** |
|---|---|---|---|

**Three Fives Consulting LLC**
**Attn: Managing Agent**
**5496 Davis Lane**
**Spring Hope, NC 27882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,283.00** |
|---|---|---|---|

**TOPPAN MERRILL LLC**
**Attn: Managing Agent**
**P.O. Box 74007295**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  SEC reporting services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,006.00** |
|---|---|---|---|

**Tosyali International LTD**
**Attn: Managing Agent**
**P.O. Drawer 2929**
**Tuscaloosa, AL 35403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,721.00** |
|---|---|---|---|

**Uline Inc.**
**Attn: Managing Agent**
**P.O. Box 88741**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,933.00** |
|---|---|---|---|

**UPS**
**Attn: Managing Agent**
**P.O. Box 7247-0244**
**Philadelphia, PA 19170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48.00** |
|---|---|---|---|

**UPS Supply Chain Solutions Inc.**
**Attn: Managing Agent**
**28013 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Charles & Colvard, Ltd.**
Name

Case number (if known)  **26-00969-5**

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$89,369.00** |
|---|---|---|---|

**Vaco Raleigh LLC**
**Attn: Managing Agent**
**P.O. Box 667**
**Brentwood, TN 37024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$332,115.00** |
|---|---|---|---|

**Valor Gems**
**Rm 903, Unit 1, No 1,Shenlongli**
**Xinxing 1st Road**
**Wuzhou Guangxi CN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,618.00** |
|---|---|---|---|

**Victor Settings**
**Attn: Managing Agent**
**25 Brooke Avenue**
**Maywood, NJ 07607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$148.00** |
|---|---|---|---|

**Virtual Graffiti Inc**
**Attn: Managing Agent**
**P.O. Box 96463**
**Charlotte, NC 28296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,750.00** |
|---|---|---|---|

**W R Cobb Company**
**Attn: Managing Agent**
**800 Waterman Avenue**
**East Providence, RI 02914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$39,217.00** |
|---|---|---|---|

**WC Inc dba Western Computer**
**Attn: Managing Agent**
**351 Candelaria Road**
**Oxnard, CA 93030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,218.00** |
|---|---|---|---|

**Webfargo Data Security Inc**
**Attn: Managing Agent**
**P.O. Box 14446**
**Durham, NC 27709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Charles & Colvard, Ltd.** | Case number (if known) | **26-00969-5** |
|---|---|---|---|
| | Name | | |

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,125.00** |
|---|---|---|---|

**Wolcott Group, LLC**
**Attn: Managing Agent**
**1332 Sharon Copley Road #587**
**Sharon Center, OH 44274**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$184,815.00** |
|---|---|---|---|

**Women's Marketing Inc/Stella Rising**
**Attn: Managing Agent**
**P.O. Box 2014**
**Hicksville, NY 11802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$72,105.00** |
|---|---|---|---|

**Wunderkind Corporation**
**Attn: Managing Agent**
**285 Fulton Street, 74th Floor**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$196,149.00** |
|---|---|---|---|

**Wyrick Robbins Yates & Ponton, LLC**
**Attn: Managing Agent**
**4101 Lake Boone Trail #300**
**Raleigh, NC 27607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Legal services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **American Express Travel Services**<br>**Attn: Managing Agent**<br>**200 Vesey Street**<br>**New York, NY 10285** | Line __3.7__<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **Broadridge ICS**<br>**Attn: Managing Agent**<br>**51 Mercedes Way**<br>**Brentwood, NY 11717** | Line __3.14__<br><br>☐  Not listed. Explain ____ | _ |
| 4.3 | **Gerald Groon, Jr.**<br>**Smith Debnam**<br>**P.O. Box 176010**<br>**Raleigh, NC 27619** | Line __3.53__<br><br>☐  Not listed. Explain ____ | _ |
| 4.4 | **iHeartmedia + Entertainment, Inc.**<br>**Attn: Managing Agent**<br>**20880 Stone Oak Pky**<br>**San Antonio, TX 78258** | Line __3.36__<br><br>☐  Not listed. Explain ____ | _ |

| Debtor | **Charles & Colvard, Ltd.** | | Case number (if known) | **26-00969-5** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Karen Delfin**<br>**Zwicker & Associates, PC**<br>**285 Davidson Ave, Ste 307**<br>**Somerset, NJ 08873** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Lucy E. Hill**<br>**Dentons Cohen & Grigsby PC**<br>**625 Liberty Avenue, 5th Floor**<br>**Pittsburgh, PA 15222** | Line **3.93**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Ted F. Mitchell**<br>**McIntosh Law Firm, P.C.**<br>**P.O. Box 2270**<br>**Davidson, NC 28036** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 4,076,662.19 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 4,076,662.19 |

**Fill in this information to identify the case:**

Debtor name    **Charles & Colvard, Ltd.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **26-00969-5**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases        12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Master services agreement** | |
| | State the term remaining | | **Acceleration Partners, LLC**<br>**Attn: Managing Agent**<br>**P.O. Box 83071**<br>**Woburn, MA 01813** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Adobe commerce software** | |
| | State the term remaining | | **Adobe Inc.**<br>**Attn: Managing Agent**<br>**345 Park Ave**<br>**San Jose, CA 95110** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Merchant Agreement** | |
| | State the term remaining | | **Affirm, Inc.**<br>**Attn: Managing Agent**<br>**650 California St, Floor 12**<br>**San Francisco, CA 94108** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Merchant Agreement** | |
| | State the term remaining | | **Afterpay US, Inc.**<br>**Attn: Managing Agent**<br>**760 Market Street, Floor 2**<br>**San Francisco, CA 94102** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Charles & Colvard, Ltd.** | | | Case number *(if known)* | **26-00969-5** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

**Commercial Account Payment Plan Agreement**

State the term remaining

List the contract number of any government contract

**American Express Corp Services
Attn: Managing Agent
20022 North 31st Ave, MCAZ080311
Phoenix, AZ 85027**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

**Consulting Agreement**

State the term remaining

List the contract number of any government contract

**Anna Craven
2411 W Cascade Way
Spokane, WA 99208**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

**Solutions Agreement**

State the term remaining

List the contract number of any government contract

**Arctic Wolf Networks, Inc.
Attn: Managing Agent
P.O. Box 46390
Eden Prairie, MN 55344**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

**Engagement letter**

State the term remaining

List the contract number of any government contract

**BDO USA LLP
Attn: Managing Agent
P.O. Box 642743
Pittsburgh, PA 15264**

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

**Services Agreement**

State the term remaining

List the contract number of any government contract

**Broadridge ICS
Attn: Managing Agent
P.O. Box 416423
Boston, MA 02241**

| Debtor 1 | **Charles & Colvard, Ltd.** | | | Case number (*if known*) | **26-00969-5** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of copier**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Canon Financial Services, Inc.**<br>**Attn: Managing Agent**<br>**14904 Collections Center Dr**<br>**Chicago, IL 60693** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Enterprise Terms of Service Agreement- Cisco Umbrella**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Cisco Systems, Inc.**<br>**Attn: Managing Agent**<br>**170 West Tasman Drive**<br>**San Jose, CA 95134** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **CISION US INC**<br>**Attn: Managing Agent**<br>**300 S. Riverside Plaza**<br>**Chicago, IL 60606** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Sharefile Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Citrix Systems, Inc.**<br>**Attn: Managing Agent**<br>**P.O. Box 936497**<br>**Atlanta, GA 31193** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest — **Enterprise Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **ClickUp**<br>**Attn: Managing Agent**<br>**350 Tenth Ave, Ste 500**<br>**San Diego, CA 92101** |

| Debtor 1 | **Charles & Colvard, Ltd.** | | | Case number (*if known*) | **26-00969-5** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement**

State the term remaining

List the contract number of any government contract

**Digital Media Innovations, LLC**
**Attn: Managing Agent**
**770 N. Halstead St, Ste 500**
**Chicago, IL 60642**

---

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — **Consultant Agreement**

State the term remaining

List the contract number of any government contract

**Ede Consulting**
**Attn: Managing Agent**
**3373 N. 46th Street**
**Milwaukee, WI 53216**

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Transfer Agent Agreement**

State the term remaining

List the contract number of any government contract

**Equiniti Trust Company, LLC**
**Attn: Managing Agent**
**1110 Centre Point Curve, Ste 101**
**Saint Paul, MN 55120**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — **Consultant Agreement**

State the term remaining

List the contract number of any government contract

**FactGlobal Private Limited**
**Fno201, Yaadaadri Residency**
**Mahadevpuram Gajularamaram**
**Hyderabad Telangana India 500055**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — **Feed Technology Agreement**

State the term remaining

List the contract number of any government contract

**Feedonmics LLC**
**Attn: Managing Agent**
**21011 Warner Center Ln, Ste A**
**Woodland Hills, CA 91367**

---

| Debtor 1 | Charles & Colvard, Ltd. | | | Case number (*if known*) | **26-00969-5** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **First Insurance Funding Corp**<br>**Attn: Managing Agent**<br>**P.O. Box 66468**<br>**Chicago, IL 60666** |
| | List the contract number of any government contract | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Engagement letter** |
|---|---|---|
| | State the term remaining | **Flanagan Law, PLLC**<br>**Attn: Managing Agent**<br>**P.O. Box 151**<br>**Washington, NC 27889** |
| | List the contract number of any government contract | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription Agreement** |
|---|---|---|
| | State the term remaining | **Genesys**<br>**Attn: Managing Agent**<br>**1302 El Camino Real, Ste 300**<br>**Menlo Park, CA 94025** |
| | List the contract number of any government contract | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Data and Use Agreement** |
|---|---|---|
| | State the term remaining | **GS1 US, Inc.**<br>**Attn: Managing Agent**<br>**Princeton South Corp. Center 300**<br>**Trenton, NJ 08628** |
| | List the contract number of any government contract | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Consultant Agreement** |
|---|---|---|
| | State the term remaining | **Hat Stack Marketing, LLC**<br>**Attn: Managing Agent**<br>**132 N Jefferson St #650**<br>**Milwaukee, WI 53202** |
| | List the contract number of any government contract | |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 5 of 13 |
|---|---|---|

| Debtor 1 | Charles & Colvard, Ltd. | | | Case number *(if known)* | 26-00969-5 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Master Campaign Agreement and Master Subscription and Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Impact Tech, Inc.** |
| | List the contract number of any government contract | | **Attn: Managing Agent** **223 East De La Guerra St** **Santa Barbara, CA 93101** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Insightsoftware, LLC** |
| | List the contract number of any government contract | | **Attn: Managing Agent** **8529 Six Forks Road, Ste 300** **Raleigh, NC 27615** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **International Gemological Institute** |
| | List the contract number of any government contract | | **Attn: Managing Agent** **545 5th Avenue, 11th Floor** **New York, NY 10017** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Internetwork Service Inc.** |
| | List the contract number of any government contract | | **Attn: Managing Agent** **13777 Ballantyne Corp Pl, Ste 305** **Charlotte, NC 28277** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Consultant Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jason Taylor** **3214 Oxford Drive** **Durham, NC 27707** |

| Debtor 1 | **Charles & Colvard, Ltd.** | | | Case number *(if known)* | **26-00969-5** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.30.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement**

State the term remaining

List the contract number of any government contract

**Lumen Technologies Group**
**Attn: Managing Agent**
**100 CenturyLink Dr**
**Monroe, LA 71203**

**2.31.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement**

State the term remaining

List the contract number of any government contract

**Malca Amit Canada Inc**
**Attn: Managing Agent**
**153-66 Rockaway Blvd**
**Jamaica, NY 11434**

**2.32.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement**

State the term remaining

List the contract number of any government contract

**Mimecast North America Inc**
**Attn: Managing Agent**
**P.O. Box 772609**
**Detroit, MI 48277**

**2.33.** State what the contract or lease is for and the nature of the debtor's interest — **Consultant Agreement**

State the term remaining

List the contract number of any government contract

**MKE Squared LLC**
**Attn: Managing Agent**
**6703 W. Monona Place**
**West Allis, WI 53219**

**2.34.** State what the contract or lease is for and the nature of the debtor's interest — **Engagement agreement**

State the term remaining

List the contract number of any government contract

**Morris Kandinov LLP**
**Attn: Managing Agent**
**305 Broadway, 7th Floor**
**New York, NY 10007**

| Debtor 1 | Charles & Colvard, Ltd. | | Case number (*if known*) | 26-00969-5 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.35.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Payroll Services Agreement**

**Paycor**
**Attn: Managing Agent**
**4811 Montgomery Road**
**Cincinnati, OH 45212**

---

**2.36.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Payment Services Agreement**

**PayPal, Inc.**
**Attn: Managing Agent**
**2211 North First Street**
**San Jose, CA 95131**

---

**2.37.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Licensing Agreement**

**Presidio Networked Soutions Group**
**Attn: Managing Agent**
**3725 National Drive, Ste 210**
**Raleigh, NC 27612**

---

**2.38.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Lease of postage meter**

**Quadient Leasing USA Inc.**
**Attn: Managing Agent**
**478 Wheelers Farms Rd**
**Milford, CT 06461**

---

**2.39.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Services Agreement**

**Rakuten Marketing LLC**
**Attn: Managing Agent**
**215 Park Ave South, 9th Floor**
**New York, NY 10003**

| Debtor 1 | **Charles & Colvard, Ltd.** | | | Case number *(if known)* | **26-00969-5** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.40.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Services Agreement**<br><br><br>**RAS Accountax Services LLP**<br>**G1 Dhiraj Park Apt Desai St**<br>**Surat, Gujarat India 394 210** |
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Services Agreement**<br><br><br>**Riskified, Inc.**<br>**Attn: Managing Agent**<br>**220 Fifth Ave, 2nd Floor**<br>**New York, NY 10001** |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Master Services Agreement**<br><br><br>**Rithum Corporation**<br>**Attn: Managing Agent**<br>**25736 Network Place**<br>**Chicago, IL 60673** |
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of 170 Southport Drive, Morrsiville**<br><br><br>**SBP Office Owner, LP**<br>**Attn: Managing Agent**<br>**P.O. Box 936799**<br>**Atlanta, GA 31193** |
| **2.44.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Services Agreement**<br><br><br>**Shannon Systems, LLC**<br>**Attn: Managing Agent**<br>**173 Spark Street**<br>**Brockton, MA 02302** |

| Debtor 1 | **Charles & Colvard, Ltd.** | | Case number (*if known*) | **26-00969-5** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.45.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement**

State the term remaining

List the contract number of any government contract

**Sheer ID Inc**
**Attn: Managing Agent**
**320 SW 5th Ave, Ste 710**
**Portland, OR 97204**

---

**2.46.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement**

State the term remaining

List the contract number of any government contract

**Shopify Inc.**
**150 Elgin Street**
**Ottawa, Ontario K2P 1L4**

---

**2.47.** State what the contract or lease is for and the nature of the debtor's interest — **Engagement letter**

State the term remaining

List the contract number of any government contract

**Smith Anderson LLP**
**Attn: Managing Agent**
**P.O. Box 2611**
**Raleigh, NC 27602**

---

**2.48.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement**

State the term remaining

List the contract number of any government contract

**SPS Commerce, Inc..**
**Attn: Managing Agent**
**333 South 7th Street, Ste 1000**
**Minneapolis, MN 55402**

---

**2.49.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement**

State the term remaining

List the contract number of any government contract

**Stripe, Inc.**
**Attn: Managing Agent**
**354 Oyster Point Blvd**
**South San Francisco, CA 94080**

---

| Debtor 1 | **Charles & Colvard, Ltd.** | | Case number *(if known)* | **26-00969-5** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.50.** State what the contract or lease is for and the nature of the debtor's interest

Services Agreement

State the term remaining

List the contract number of any government contract

**Sua Sponte Security, LLC**
**Attn: Managing Agent**
**P.O. Box 461**
**Durham, NC 27701**

**2.51.** State what the contract or lease is for and the nature of the debtor's interest

Services Agreement

State the term remaining

List the contract number of any government contract

**Tealium Inc.**
**Attn: Managing Agent**
**9605 Scranton Rd, Ste 600**
**San Diego, CA 92121**

**2.52.** State what the contract or lease is for and the nature of the debtor's interest

Consultant Agreement

State the term remaining

List the contract number of any government contract

**Three Fives Consulting LLC**
**Attn: Managing Agent**
**5496 Davis Lane**
**Spring Hope, NC 27882**

**2.53.** State what the contract or lease is for and the nature of the debtor's interest

Carrier Agreement

State the term remaining

List the contract number of any government contract

**UPS**
**Attn: Managing Agent**
**2456 S Miami Blvd.**
**Durham, NC 27703**

**2.54.** State what the contract or lease is for and the nature of the debtor's interest

Services Agreement

State the term remaining

List the contract number of any government contract

**Vaco LLC**
**Attn: Managing Agent**
**5501 Virginia Way, Ste 120**
**Brentwood, TN 37027**

| Debtor 1 | **Charles & Colvard, Ltd.** | | | Case number (*if known*) | **26-00969-5** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.55.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Services Agreement

**Validity**
**Attn: Managing Agent**
**100 Summer St, Ste 2900**
**Boston, MA 02110**

**2.56.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Services Agreement

**VATGLOBAL**
**Attn: Managing Agent**
**248 W 35th Street #1402**
**New York, NY 10001**

**2.57.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Services Agreement

**Vimeo.com, Inc.**
**Attn: Managing Agent**
**330 West 34th Street**
**New York, NY 10001**

**2.58.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Services Agreement

**Webfargo Data Security Inc**
**Attn: Managing Agent**
**4601 Creekside Dr, Ste 175**
**Durham, NC 27703**

**2.59.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Engagement letter

**Wyrick Robbins Yates & Ponton, LLC**
**Attn: Managing Agent**
**4101 Lake Boone Trail #300**
**Raleigh, NC 27607**

| Debtor 1 | **Charles & Colvard, Ltd.** | | Case number *(if known)* | **26-00969-5** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Yotpo**<br>**Attn: Managing Agent**<br>**180 Madison Ave**<br>**New York, NY 10016** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name      **Charles & Colvard, Ltd.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **26-00969-5**

☐ Check if this is an
   amended filing

Official Form 206H
# Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Charles & Colvard Direct, LLC** | **Attn: Managing Agent**<br>**170 Southport Drive**<br>**Morrisville, NC 27560-1000** | **Wolfspeed, Inc.** | ☑ D  __2.3__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Charles & Colvard, Ltd.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | **26-00969-5** |

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue
Check all that apply | Gross revenue
(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**
From  **1/01/2026** to **Filing Date** | ■ Operating a business
☐ Other _____ | **$1,491,411.00** |
| **For prior year:**
From  **1/01/2025** to **12/31/2025** | ■ Operating a business
☐ Other _____ | **$12,844,621.00** |
| **For year before that:**
From  **1/01/2024** to **12/31/2024** | ■ Operating a business
☐ Other _____ | **$29,406,989.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source
(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer
*Check all that apply* |
|---|---|---|---|

| Debtor | Charles & Colvard, Ltd. | Case number *(if known)* | 26-00969-5 |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Accelerations Partners, LLC** | **12/3/2025 - 3/2/2026** | **$32,944.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. | **Adobe Inc** | **12/3/2025 - 3/2/2026** | **$23,515.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | **Adwar Casting Company** | **12/3/2025 - 3/2/2026** | **$9,656.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Ammante Jewells LLP** | **12/3/2025 - 3/2/2026** | **$171,350.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Armor Holdco, Inc.** | **12/3/2025 - 3/2/2026** | **$13,757.35** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. | **Bhanderi Lab Grown Diamonds Inc** | **12/3/2025 - 3/2/2026** | **$14,555.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | **C and J Jewelry Co Inc** | **12/3/2025 - 3/2/2026** | **$14,257.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. | **Crystal Clear 3D LLC** | **12/3/2025 - 3/2/2026** | **$10,322.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | Charles & Colvard, Ltd. | | Case number *(if known)* | 26-00969-5 |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **Dcarbon Inc** | 12/3/2025 - 3/2/2026 | $45,174.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Ede Consulting** | 12/3/2025 - 3/2/2026 | $22,876.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. **Federal Express** | 12/3/2025 - 3/2/2026 | $61,720.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12. **First Insurance Funding** | 12/3/2025 - 3/2/2026 | $70,167.22 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Flanagan Law, PLLC** | 12/3/2025 - 3/2/2026 | $37,158.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14. **GM Casting House Inc** | 12/3/2025 - 3/2/2026 | $76,414.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **Google LLC** | 12/3/2025 - 3/2/2026 | $515,728.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.16. **Joseph Castings Inc** | 12/3/2025 - 3/2/2026 | $11,702.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | Charles & Colvard, Ltd. | | Case number *(if known)* | 26-00969-5 |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.17. | **Joshua Averbeck** | **12/3/2025 - 3/2/2026** | **$39,043.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.18. | **Kira Jewels Inc** | **12/3/2025 - 3/2/2026** | **$9,348.04** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. | **Loren Casting** | **12/3/2025 - 3/2/2026** | **$356,627.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. | **Malca Amit CHB Inc** | **12/3/2025 - 3/2/2026** | **$41,859.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.21. | **Mary Beth LLC** | **12/3/2025 - 3/2/2026** | **$15,185.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.22. | **Overnight Mountings** | **12/3/2025 - 3/2/2026** | **$118,847.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. | **Peninsula- Component** | **12/3/2025 - 3/2/2026** | **$40,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. | **Peninsula- Labor** | **12/3/2025 - 3/2/2026** | **$75,199.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Charles & Colvard, Ltd.**    Case number *(if known)* **26-00969-5**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.25. **RAS Accountax Services LLP** | 12/3/2025 - 3/2/2026 | $14,024.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.26. **Ring Contractors Inc** | 12/3/2025 - 3/2/2026 | $112,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.27. **Riskified Inc** | 12/3/2025 - 3/2/2026 | $9,620.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.28. **Rithum Corporation** | 12/3/2025 - 3/2/2026 | $12,839.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.29. **Rosenthal Jewelers Supply Corp** | 12/3/2025 - 3/2/2026 | $23,530.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. **Royal Chain Inc** | 12/3/2025 - 3/2/2026 | $15,378.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.31. **SBP Office Owner LP** | 12/3/2025 - 3/2/2026 | $172,598.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Rent__ |
| 3.32. **Smith Anderson LLP** | 12/3/2025 - 3/2/2026 | $31,963.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | **Charles & Colvard, Ltd.** | Case number *(if known)* | **26-00969-5** |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.33. | **Sparking Jewelry/Nirav** | **12/3/2025 - 3/2/2026** | **$130,722.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. | **Sterling Seacrest Pritchard Inc** | **12/3/2025 - 3/2/2026** | **$39,341.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.35. | **Stuller Settings Inc** | **12/3/2025 - 3/2/2026** | **$44,894.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. | **Sua Sponte Security, LLC** | **12/3/2025 - 3/2/2026** | **$22,005.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.37. | **Susane Boeve** | **12/3/2025 - 3/2/2026** | **$11,660.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.38. | **Symmetry Biosciences Inc** | **12/3/2025 - 3/2/2026** | **$14,900.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.39. | **Three Fives Consulting LLC** | **12/3/2025 - 3/2/2026** | **$30,033.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.40. | **Tosyali International LTD** | **12/3/2025 - 3/2/2026** | **$31,200.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | Charles & Colvard, Ltd. | | Case number *(if known)* | 26-00969-5 |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.41. **UPS** | **12/3/2025 - 3/2/2026** | **$36,888.79** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.42. **Victor Settings** | **12/3/2025 - 3/2/2026** | **$9,589.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.43. **Wake County Dept. of Revenue** | **12/3/2025 - 3/2/2026** | **$19,912.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Taxes** |
| 3.44. **Wolcott Group, LLC** | **12/3/2025 - 3/2/2026** | **$14,300.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

| Debtor | Charles & Colvard, Ltd. | Case number *(if known)* | 26-00969-5 |
|---|---|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Riverstyx Fund, LP v. James Tu, et al.**<br>**25CV025268-910** | Collection | **Wake County Superior (Business Court)** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Ethara Capital LLC v. Charles & Colvard, Ltd.**<br>**656649/2025** | Collection | **Supreme Court of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **American Express Travel Related Services Co., Inc. v. Charles & Colvard, Ltd.**<br>**166636/2025** | Collection | **Supreme Court of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **iHeart Communications, Inc. v. Charles & Colvard, Ltd.**<br>**25cv042659-910** | Collection | **Wake County District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **NBC Universal LLC v. Charles & Colvard, Ltd.**<br>**25cv030268-910** | Collection | **Wake County District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Stella Rising dba Womens Marketing, Inc. v. Charles & Colvard, Ltd.**<br>**7:25-cv-47771** | Collection | **US District Court, SDNY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Wolfspeed v. Charles & Colvard, Ltd.** | Collection | **American Arbitration Assoc.** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Nestor Alfonso v. Charles & Colvard, Ltd.**<br>**732013/2025** | | **Supreme Court of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **In re: 2025 Annual Shareholders' Meeting of Charles & Colvatd, Ltd.**<br>**25CV023489-910** | | **Wake County Superior (Business Court)** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

| Debtor | Charles & Colvard, Ltd. | Case number *(if known)* | 26-00969-5 |

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Hendren, Redwine & Malone, PLLC**<br>**4600 Marriott Drive, Ste 150**<br>**Raleigh, NC 27612** | **Retainer** | **1/16/2026** | **$10,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Hendren, Redwine & Malone, PLLC**<br>**4600 Marriott Drive, Ste 150**<br>**Raleigh, NC 27612** | **Retainer** | **2/23/2026** | **$25,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| Debtor | Charles & Colvard, Ltd. | Case number *(if known)* | 26-00969-5 |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | Hendren, Redwine & Malone, PLLC<br>4600 Marriott Drive, Ste<br>Raleigh, NC 27612 | Retainer | 3/2/2026 | $25,000.00 |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Loren Casting | Previous metals | 4/2025 | $60,000.00 |
| | **Relationship to debtor**<br>vendor | | | |

| **Part 7:** | **Previous Locations** |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Debtor | Charles & Colvard, Ltd. | Case number *(if known)* | 26-00969-5 |
|---|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐   No.

■   Yes. State the nature of the information collected and retained.

**customer list**

Does the debtor have a privacy policy about that information?

☐ No

■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐   No. Go to Part 10.

■   Yes. Does the debtor serve as plan administrator?

   ■ No Go to Part 10.
   ☐ Yes. Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Official Form 207   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**   page **11**

| Debtor | Charles & Colvard, Ltd. | Case number *(if known)* | 26-00969-5 |

---

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■  No.
   ☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☐ None

| | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|---|
| 25.1. | Charles & Colvard Direct, LLC | Fashion jewelry sales | EIN: 45-2976143 <br> From-To 2011 - 2018 |
| 25.2. | charlesandcolvard.com, LLC | Wholly owns moissaniteoutlet.com, LLC | EIN: 45-2966911 <br> From-To 2016 - Present |
| 25.3. | Charles & Colvard (HK) Ltd. | International gem stone sales | EIN: 98-0606428 <br> From-To 2004 - 2007 |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Debtor   **Charles & Colvard, Ltd.**                                    Case number *(if known)*  **26-00969-5**

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Deloitte Tax LLP**<br>**Attn: Managing Agent**<br>**650 South Tryon Street, Ste 1800**<br>**Charlotte, NC 28202** | **2020 - Present** |
| 26a.2. | **Clint Pete, CFO** | **2016 - Present** |
| 26a.3. | **BDO USA LLP**<br>**Attn: Managing Agent**<br>**P.O. Box 642743**<br>**Pittsburgh, PA 15264** | **2010 - Present** |
| 26a.4. | **Trahil Sodhi, Accounting/Finance Manager** | **9/2025 - Present** |
| 26a.5. | **Raz Capital Account/Tax** | **10/2025 - Present** |
| 26a.6. | **Factglobal Private Limited** | **11/2025 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Deloitte Tax LLP**<br>**Attn: Managing Agent**<br>**650 South Tryon Street, Ste 1800**<br>**Charlotte, NC 28202** | **2020 - Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. | **BDO USA LLP**<br>**Attn: Managing Agent**<br>**P.O. Box 642743**<br>**Pittsburgh, PA 15264** | **2010 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Deloitte Tax LLP**<br>**Attn: Managing Agent**<br>**650 South Tryon Street, Ste 1800**<br>**Charlotte, NC 28202** | |
| 26c.2. | **Clint Pete, CFO** | |

| Debtor | Charles & Colvard, Ltd. | Case number (if known) | 26-00969-5 |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3. **BDO USA LLP**<br>**Attn: Managing Agent**<br>**P.O. Box 642743**<br>**Pittsburgh, PA 15264** | |
| 26c.4. **Cherry Bekaert Advisory LLC**<br>**Attn: Managing Agent**<br>**200 South 10th St, Ste 900**<br>**Richmond, VA 23219** | |
| 26c.5. **Factglobal Private Limited** | |
| 26c.6. **Raz Capital Accounttax** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Levin** | | **Board Chair** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ben Franklin** | | **Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Duc Pham** | | **Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lloyd Sems** | | **Board Member** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

| Debtor | Charles & Colvard, Ltd. | Case number *(if known)* | 26-00969-5 |
|---|---|---|---|

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Anne Butler | | Board Member | 6/2012 - 11/2025 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Benedetta Casamento | | Board Member | 5/2017 - 2/2025 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Neal Goldman | | Board Member, Executive Chair, Board Chair | 6/2014 - 11/2025 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ollin Sykes | | Board Member | 8/2008 - 7/2025 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Don O'Connell | | Board Member, President & CEO | 6/2020 - 1/2026 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ruten Bhanderi | | Board Member | 7/2025 - 11/2025 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| James Tu | | Board Chair | 7/2025 - 11/2025 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Michael Levin | $36,000.00 | 3/2025 - 3/2026 | Wages |
| | **Relationship to debtor** Board Chair | | | |

| Debtor | Charles & Colvard, Ltd. | Case number *(if known)* | 26-00969-5 |
|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Clint Pete** | **$202,754.00** | **3/2025 - 3/2026** | **Wages** |
| | **Relationship to debtor**<br>**CFO** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■  No
    ☐  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■  No
    ☐  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 16, 2026**

**/s/ Michael Levin**                        **Michael Levin**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Board Chair**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes