**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-00969-5-DMW** |
| **CHARLES & COLVARD, LTD.** | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**NOTICE OF DISPUTED CLAIM**

Pursuant to Rule 3002-1 of the Local Bankruptcy Rules, United States Bankruptcy Court for the Eastern District of North Carolina, Charles & Colvard, Ltd. (the "Debtor"), the above-captioned debtor-in-possession, hereby gives notice to the following creditors whose claims are scheduled as disputed:

| Creditor | Amount Disputed |
|---|---|
| Ethara Capital LLC<br>Attn: Managing Agent<br>50 West 47th Street, Ste 1711<br>New York, NY 10036 | Unknown |

This the 24th day of March, 2026.

**HENDREN, REDWINE & MALONE, PLLC**

s/ Lydia C. Carpenter____________________
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 420-7867
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Attorneys for the Debtor*

## CERTIFICATE OF SERVICE

I, Lydia C. Carpenter, of 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612, hereby certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day I served a copy of the foregoing **NOTICE OF DISPUTED CLAIM** on the parties listed below as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

**DATED**: March 24, 2026

**HENDREN, REDWINE & MALONE, PLLC**

s/ Lydia C. Carpenter____________________
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 420-7867
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Attorneys for the Debtor*

Brian Behr (via CM/ECF)
*Office of the Bankruptcy Administrator*

Ethara Capital LLC
Attn: Managing Agent
50 West 47th Street, Ste 1711
New York, NY 10036