**Fill in this information to identify the case:**

Debtor Name ___Charles & Colvard, Ltd.___

United States Bankruptcy Court for the:__Eastern_____ District of _NC____
                                                                    (State)

Case number: __26-00969-5-DMW___

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of ⎮4/17/2026____⎮ on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Charlesandcolvard.com, LLC | 100% | 1 |
| Charles & Colvard Direct, LLC | 100% | 2 |
| Charles & Colvard (HK) Ltd. | 100% | 3 |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name   Charles & Colvard, Ltd.                                      Case number   26-00969-5-DMW

**The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3**

**For non-individual Debtors:**

✘   s/ Michael Levin

Signature of Authorized Individual

Michael Levin, Board Chair
Printed name of Authorized Individual

Date 4/20/2026
MM /   DD   / YYYY

**For individual Debtors:**

✘ _____

Signature of Debtor 1

_____
Printed name of Debtor 1

Date _____
MM /   DD   / YYYY

✘ _____

Signature of Debtor 2

_____
Printed name of Debtor 2

Date _____
MM /   DD   / YYYY

Debtor Name     Charles & Colvard, Ltd.

Case number   26-00969-5-DMW

# TAB 1
# charlesandcolvard.com, LLC

Debtor Name    Charles & Colvard, Ltd.                                                    Case number   26-00969-5-DMW

**Exhibit A: Financial Statements for** charlesandcolvard.com, LLC

 

 

 

**Charlesandcolvard.com, LLC does not prepare summary financial statements (balance sheet, statement of income (loss), statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit)) at the subsidiary level. All summary financial statements are prepared at the consolidated level as Charles & Colvard, Ltd. and wholly owned subsidiaries.**

Debtor Name _____     Case number _____

---

**Exhibit A-1: Balance Sheet for** charlesandcolvard.com. LLC **as of** [date]

---

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

**Charlesandcolvard.com, LLC does not prepare summary financial statements (balance sheet, statement of income (loss), statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit)) at the subsidiary level. All summary financial statements are prepared at the consolidated level as Charles & Colvard, Ltd. and wholly owned subsidiaries.**

Debtor Name    Charles & Colvard, Ltd.

Case number    26-00969-5-DMW

**Exhibit A-2: Statement of Income (*Loss*) for charlesandcolvard.com, LLC for period ending** [date]

[Provide a statement of income (*loss*) for the following periods:

 (i) For the initial report:

    a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.  the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


**Charlesandcolvard.com, LLC does not prepare summary financial statements (balance sheet, statement of income (loss), statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit)) at the subsidiary level. All summary financial statements are prepared at the consolidated level as Charles & Colvard, Ltd. and wholly owned subsidiaries.**

Debtor Name    Charles & Colvard, Ltd.                                    Case number    26-00969-5-DMW

**Exhibit A-3: Statement of Cash Flows for** charlesandcolvard.com, LLC **for period ending [date]**

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

a. the  period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


**Charlesandcolvard.com, LLC does not prepare summary financial statements (balance sheet, statement of income (loss), statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit)) at the subsidiary level. All summary financial statements are prepared at the consolidated level as Charles & Colvard, Ltd. and wholly owned subsidiaries.**

Debtor Name    Charles & Colvard, Ltd.                                    Case number   26-00969-5-DMW

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for charlesandcolvard.com, LLC for period ending** [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

 (i) For the initial report:

    a. the  period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

 Describe the source of this information.]


**Charlesandcolvard.com, LLC does not prepare summary financial statements (balance sheet, statement of income (loss), statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit)) at the subsidiary level. All summary financial statements are prepared at the consolidated level as Charles & Colvard, Ltd. and wholly owned subsidiaries.**

Debtor Name    Charles & Colvard, Ltd.                                    Case number   26-00969-5-DMW

**Exhibit B: Description of Operations for charlesandcolvard.com, LLC**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

**It is a wholly owned subsidiaries of Charles & Colvard, Ltd. charlesandcolvard.com, LLC sells online jewelry set in lab grown gemstones.**

Debtor Name    Charles & Colvard, Ltd.                                    Case number    26-00969-5-DMW

---

### Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]


**None**

---

Debtor Name     Charles & Colvard, Ltd.                                         Case number   26-00969-5-DMW

## Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

**All taxes are booked, paid/etc. at the consolidated level – Charles & Colvard, Ltd.**

Debtor Name _____Charles & Colvard, Ltd._____          Case number__26-00969-5-DMW_____

| | **Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor** |

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

**All payments and obligations are made at the consolidated level - Charles & Colvard, Ltd.**

Debtor Name   Charles & Colvard, Ltd.                                        Case number   26-00969-5-DMW

# TAB 2
# Charles & Colvard Direct, LLC

Debtor Name    Charles & Colvard, Ltd.                                      Case number   26-00969-5-DMW

## Exhibit A: Financial Statements for Charles & Colvard Direct, LLC

**Charles & Colvard Direct, LLC does not prepare summary financial statements (balance sheet, statement of income (loss), statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit)) at the subsidiary level. All summary financial statements are prepared at the consolidated level as Charles & Colvard, Ltd. and wholly owned subsidiaries.**

Debtor Name _____          Case number_____

| | |
|---|---|
| | **Exhibit A-1: Balance Sheet for** Charles & Colvard Direct, LLC **as of** [date] |

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

**Charles & Colvard Direct, LLC does not prepare summary financial statements (balance sheet, statement of income (loss), statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit)) at the subsidiary level. All summary financial statements are prepared at the consolidated level as Charles & Colvard, Ltd. and wholly owned subsidiaries.**

Debtor Name    Charles & Colvard, Ltd.                                    Case number    26-00969-5-DMW

**Exhibit A-2: Statement of Income (*Loss*) for Charles & Colvard Direct, LLC for period ending** [date]

[Provide a statement of income (*loss*) for the following periods:

(iii)   For the initial report:

    a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.  the prior fiscal year.

(iv) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


    **Charles & Colvard Direct, LLC does not prepare summary financial statements (balance sheet, statement of income (loss), statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit)) at the subsidiary level. All summary financial statements are prepared at the consolidated level as Charles & Colvard, Ltd. and wholly owned subsidiaries.**

Debtor Name    Charles & Colvard, Ltd.                                           Case number    26-00969-5-DMW

**Exhibit A-3: Statement of Cash Flows for** Charles & Colvard Direct, LLC **for period ending [**date**]**

[Provide a statement of changes in cash position for the following periods:

(iii)   For the initial report:

a. the  period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

b. the prior fiscal year.

(iv) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

**Charles & Colvard Direct, LLC does not prepare summary financial statements (balance sheet, statement of income (loss), statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit)) at the subsidiary level. All summary financial statements are prepared at the consolidated level as Charles & Colvard, Ltd. and wholly owned subsidiaries.**

Debtor Name     Charles & Colvard, Ltd.                                                Case number   26-00969-5-DMW

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for Charles & Colvard Direct, LLC for period ending** [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(iii)   For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(iv) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


**Charles & Colvard Direct, LLC does not prepare summary financial statements (balance sheet, statement of income (loss), statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit)) at the subsidiary level. All summary financial statements are prepared at the consolidated level as Charles & Colvard, Ltd. and wholly owned subsidiaries.**

Official Form 426                Periodic Report About Controlled Non-Debtor Entity's Value, Operations, and Profitability                page

Debtor Name     Charles & Colvard, Ltd.                                    Case number   26-00969-5-DMW

## Exhibit B: Description of Operations for Charles & Colvard Direct, LLC

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

**It is a wholly owned subsidiary of Charles & Colvard, Ltd. Charles & Colvard Direct, LLC has been dormant since 2016.**

Debtor Name   Charles & Colvard, Ltd.                                    Case number   26-00969-5-DMW

## Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

**None**

Debtor Name    Charles & Colvard, Ltd.                                                    Case number   26-00969-5-DMW

## Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]


**All taxes are booked, paid/etc. at the consolidated level – Charles & Colvard, Ltd.**

Debtor Name     Charles & Colvard, Ltd.                                    Case number   26-00969-5-DMW

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

**All payments and obligations are made at the consolidated level - Charles & Colvard, Ltd.**

Debtor Name   Charles & Colvard, Ltd.                          Case number   26-00969-5-DMW

# TAB 3
# Charles & Colvard (HK) Ltd.

Debtor Name    Charles & Colvard, Ltd.                                    Case number   26-00969-5-DMW

**Exhibit A: Financial Statements for** Charles & Colvard (HK) Ltd.

**Charles & Colvard (HK) Ltd does not prepare summary financial statements (balance sheet, statement of income (loss), statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit)) at the subsidiary level. All summary financial statements are prepared at the consolidated level as Charles & Colvard, Ltd. and wholly owned subsidiaries.**

Official Form 426          Periodic Report About Controlled Non-Debtor Entity's Value, Operations, and Profitability

Debtor Name _____   Case number_____

---

**Exhibit A-1: Balance Sheet for** Charles & Colvard (HK) Ltd. **as of** [date]

---

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

**Charles & Colvard (HK) Ltd does not prepare summary financial statements (balance sheet, statement of income (loss), statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit)) at the subsidiary level. All summary financial statements are prepared at the consolidated level as Charles & Colvard, Ltd. and wholly owned subsidiaries.**

Debtor Name   Charles & Colvard, Ltd.                                    Case number   26-00969-5-DMW

**Exhibit A-2: Statement of Income (*Loss*) for** Charles & Colvard (HK) Ltd. **for period ending** [date]

[Provide a statement of income (*loss*) for the following periods:

 (v) For the initial report:

    a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.  the prior fiscal year.

 (vi) For subsequent reports, since the closing date of the last report.

 Describe the source of this information.]


**Charles & Colvard (HK) Ltd does not prepare summary financial statements (balance sheet, statement of income (loss), statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit)) at the subsidiary level. All summary financial statements are prepared at the consolidated level as Charles & Colvard, Ltd. and wholly owned subsidiaries.**


Official Form 426                     Periodic Report About Controlled Non-Debtor Entity's Value, Operations, and Profitability                     page

Debtor Name    Charles & Colvard, Ltd.                                    Case number    26-00969-5-DMW

**Exhibit A-3: Statement of Cash Flows for** Charles & Colvard (HK) Ltd. **for period ending [date]**

[Provide a statement of changes in cash position for the following periods:

 (v) For the initial report:

    a. the  period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

 (vi) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


**Charles & Colvard (HK) Ltd does not prepare summary financial statements (balance sheet, statement of income (loss), statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit)) at the subsidiary level. All summary financial statements are prepared at the consolidated level as Charles & Colvard, Ltd. and wholly owned subsidiaries.**

Official Form 426                      Periodic Report About Controlled Non-Debtor Entity's Value, Operations, and Profitability

Debtor Name      Charles & Colvard, Ltd.                                    Case number   26-00969-5-DMW

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for** Charles & Colvard (HK) Ltd.
**for period ending** [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

 (v) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

 (vi) For subsequent reports, since the closing date of the last report.

 Describe the source of this information.]


**Charles & Colvard (HK) Ltd does not prepare summary financial statements (balance sheet, statement of income (loss), statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit)) at the subsidiary level. All summary financial statements are prepared at the consolidated level as Charles & Colvard, Ltd. and wholly owned subsidiaries.**

Official Form 426          Periodic Report About Controlled Non-Debtor Entity's Value, Operations, and Profitability          page

Debtor Name      Charles & Colvard, Ltd.                                          Case number   26-00969-5-DMW

**Exhibit B: Description of Operations for** Charles & Colvard (HK) Ltd.

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

**It is a wholly owned subsidiary of Charles & Colvard, Ltd. Charles & Colvard (HK) Ltd. has been dormant since 2007.**

Debtor Name    Charles & Colvard, Ltd.                                      Case number    26-00969-5-DMW

| | Exhibit C: Description of Intercompany Claims |
|---|---|

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]


**None**

Official Form 426                 Periodic Report About Controlled Non-Debtor Entity's Value, Operations, and Profitability                 page

Debtor Name   Charles & Colvard, Ltd.                              Case number   26-00969-5-DMW

## Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

**All taxes are booked, paid/etc. at the consolidated level – Charles & Colvard, Ltd.**

Debtor Name _____     Case number_____

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

**All payments and obligations are made at the consolidated level - Charles & Colvard, Ltd.**