**SO ORDERED.**

**SIGNED this 20 day of April, 2026.**

_David M. Warren_
_____

**David M. Warren**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **CHARLES & COLVARD, LTD.** | ) **Case No. 26-00969-5-DMW** |
| | ) |
| Debtor. | ) **Chapter 11** |
| | ) |

### ORDER ALLOWING WAIVER OF LOCAL RULE 4002-1 REQUIREMENT
### TO CLOSE ALL PRE-PETITION BANK ACCOUNTS

This matter coming before the Court upon the Motion for Waiver of Local Rule 4002-1 Requirement to Close All Prepetition Accounts ("Motion") filed by the Debtor in the above-referenced Chapter 11 bankruptcy case seeking the entry of an Order releasing the Debtor from the requirements of Local Rule 4002-1(c)(3)(A) and its obligation to close the Pre-Petition Bank Accounts as more specifically detailed in the Motion. And, it appearing that such Motion should be allowed as to the Pre-Petition Accounts for good cause shown;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Debtor's Motion is hereby allowed as to the Pre-Petition Bank Accounts.

IT IS FURTHER ORDERED that the Debtor is released from the requirements of Local Rule 4002-1(c)(3)(A) and that its obligation to close all prepetition accounts is waived. The Debtor will include the Pre-Petition Bank Accounts on each of the Debtor's monthly operating reports.

**END OF DOCUMENT**