**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **CHARLES & COLVARD, LTD.,** ) | **Case No. 26-00969-5-DMW** |
| ) | |
| **Debtor.** ) | **Chapter 11** |
| ) | |

## DECLARATION

I, Duc Pham, being duly sworn, and in view of the *Emergency Motion for Authorization of Debtor-in-Possession Financing and Approval of Security Interests, Liens, and Encumbrances to Van Lang Jewelry LLC* filed by the Debtor (the "DIP Financing Motion"), do aver and say as follows:

1. I am the 100% owner and manager of Van Lang Jewelry LLC ("VLJ"). I am also the 100% owner and manager of Jewelry Design Partners LLC ("JDP").

2. Prior to the date on which Charles & Colvard, Ltd. (the "Debtor") filed for chapter 11 bankruptcy protection, I served as a Board Member of the Debtor. I resigned from this position shortly after the Court approved the DIP Financing Motion.

3. I currently own approximately 155,000 shares of the Debtor's common stock (approximately 5%).

4. The Debtor scheduled me as having a non-priority, unsecured claim against the Debtor in the amount of $136,109.84.

5. As of the date of this Declaration, in connection with any sale or disposition of assets by the Debtor in the above-captioned bankruptcy case, VLJ intends to credit bid (pursuant to

1

debtor in possession financing facility approved as a result of the Court's granting of the DIP Financing Motion. VLJ has indicated that it will assign its credit bid to its affiliate JDP.

6. As of the end of March, 2026, VLJ has incurred approximately $49,213.50 in attorneys' fees owed to Waldrep Wall Babcock & Bailey PLLC and Vectis Law associated with this matter.

7. To the best of my knowledge, this Declaration discloses all my interests and connections with the Debtor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This the 17th day of April, 2026.

**Duc Pham, Manager of Van Lang Jewelry LLC and its affiliate Jewelry Design Partners LLC**

2