**SO ORDERED.**

**SIGNED this 3 day of June, 2026.**

**David M. Warren**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-00969-5-PWM** |
| **CHARLES & COLVARD, LTD.** | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**THIS MATTER**, coming on to be heard upon Hendren, Redwine & Malone, PLLC'S Initial Report and Application for Approval of Compensation and Reimbursement of Expenses pursuant to 11 U.S.C. § 503(b) of the Bankruptcy Code filed by Jason L. Hendren of Hendren, Redwine & Malone, PLLC (herein "Hendren Redwine"), Counsel for the Debtor.

**IT APPEARING TO THE COURT** that Hendren Redwine has requested compensation in the amount of **ONE HUNDRED FIVE THOUSAND TWO HUNDRED ELEVEN AND 50/100 DOLLARS ($105,211.50)** and **FOUR THOUSAND SEVEN HUNDRED SEVENTY-TWO AND 21/100 DOLLARS ($4,772.71)** for reimbursement of expenses pursuant to 11 U.S.C. § 503(b), for a total of **ONE HUNDRED NINE THOUSAND NINE HUNDRED EIGHTY-FOUR AND 21/100 DOLLARS ($109,984.21)** for the period of March 3, 2026 through May 1, 2026; and

**IT FURTHER APPEARING TO THE COURT** that the rates charged and services rendered by counsel for the Debtor are reasonable and just considering the guidelines for determining the appropriateness of attorney's fees set out in Barber v. Kimbrells, Inc., 577 F.2d 216 (4th Cir. 1978), *cert. denied*, 439 U.S. 934 (1978);

**NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that the firm of Hendren Redwine is hereby allowed compensation in the amount of $105,211.50 and out-of-pocket expenses and advances in the amount of $4,772.71 for a total of $109,984.21 for the period of March 3, 2026 through May 1, 2026.

**END OF DOCUMENT**