**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CHARLES & COLVARD, LTD.** | ) | **Case No. 26-00969-5-DMW** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**MOTION FOR EXTENSION OF TIME TO ASSUME OR REJECT UNEXPIRED**
**NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365**

**NOW COMES** Charles & Colvard, LTD. ("Debtor"), by and through its undersigned counsel, and respectfully files this Motion for Extension of Time to Assume or Reject Unexpired Nonresidential Real Property Leases pursuant to 11 U.S.C. § 365(d)(4)(b). In support thereof, the Debtor shows unto the Court as follows:

1.      The Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code on March 3, 2026.  The Debtor continues in possession of its assets, operates its business, and manages its affairs as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2.      This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157.

3.      The Debtor currently leases its office space located at 170 Southport Drive, Morrisville, North Carolina.

4.      On April 29, 2026, the Court entered an Order Allowing Debtor's Motion for (I) Approving Private Sale of Personal Property Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving Stalking Horse Bidder; (III) Approving Stalking Horse Break-Up Fee; (IV) Approving Overbid Procedures and Auction; and (V) Scheduling Hearing for Final Approval of Sale of Assets.

5. The auction and final sale hearing is scheduled for June 22, 2026.

6. The Debtor requires an additional thirty (30) days, up to and including July 30, 2026 to allow time for the winning bidder to determine if it would like to assume and assigned the leased space. Accordingly, the Debtor moves, pursuant to 11 U.S.C. §365(d)(4), for an extension of time to assume or reject the nonresidential real property leases.

7. This motion is made within the applicable 120-day period from the petition date as required by Section 365.

WHEREFORE, the Debtor moves the Court for:

1. Entry of an order, on or before June 30, 2026, extending the time to assume or reject the lease of non-residential real property for thirty (30) days up to and including July 30, 2026; and

2. For such other and further relief as the Court deems proper.

Dated: June 8, 2026

**HENDREN, REDWINE & MALONE, PLLC**

*/s/ Jason L. Hendren*
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 420-7867
Email: jhendren@hendrenmalone.com
        rredwine@hendrenmalone.com
        bwaller@hendrenmalone.com
        lcarpenter@hendrenmalone.com
*Counsel for the Debtor*

## <u>CERTIFICATE OF SERVICE</u>

I, Jason L. Hendren, of 4600 Marriott Drive, Raleigh, North Carolina 27612, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 8th day of June, 2026, I served copies of the foregoing Debtor's Motion to Extend Time to Assume or Reject Non-residential Real Property Leases on the parties listed below by depositing a copy of the same in the United States mail bearing sufficient postage or electronically as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

DATED:  June 8, 2026

**HENDREN, REDWINE & MALONE, PLLC**

*/s/* Jason L. Hendren_____
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 420-7867
Email: jhendren@hendrenmalone.com
　　　 rredwine@hendrenmalone.com
　　　 bwaller@hendrenmalone.com
　　　 lcarpenter@hendrenmalone.com
*Counsel for the Debtor*

Brian Behr
*Office of the Bankruptcy Administrator*

*(via CM/ECF)*