**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CHARLES & COLVARD, LTD.** | ) | **Case No. 26-00969-5-DMW** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**DEBTOR'S APPLICATION FOR EXTENSION OF THE EXCLUSIVITY PERIOD FOR**
**FILING A PLAN OF REORGANIZATION AND ACCEPTANCE DEADLINE**

NOW COMES Charles & Colvard, Ltd. (the "Debtor"), by and through its undersigned counsel, and respectfully moves this Court for an order extending the period in which the Debtor has the exclusive right to file a Plan under 11 U.S.C. § 1121(b) and the acceptance deadline under 11 U.S.C. § 1121(c)(3).  In support of this application, the Debtor shows unto the Court as follows:

1.	The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.	The Debtor filed its voluntary Chapter 11 petition on March 2, 2026 (the "Petition Date").

3.	Pursuant to 11 U.S.C. § 1121(b), the Debtor has the exclusive right to file a Plan of Reorganization through June 30, 2026.

4.	Pursuant to 11 U.S.C.  § 1121(c)(3), the Debtor has through August 29, 2026, to obtain acceptances to its Chapter 11 Plan.

5.	The Debtor requests that the period in which it has the exclusive right to file a Plan of Reorganization under 11 U.S.C. § 1121(b) and the acceptance period under 11 U.S.C. § 1121(c)(3) each be extended for a period of approximately sixty (60) days.

6.      An order allowing the extensions as requested in this application will not prejudice any party and is in the best interests of the Estate and all parties in interest.

**WHEREFORE**, the Debtor respectfully prays that it be granted an approximate sixty (60) day extension of the exclusivity period under 11 U.S.C. § 1121(b) in which the Debtor has the exclusive right to file a Plan through and including August 31, 2026, and of the acceptance period under 11 U.S.C. § 1121(c)(3) through and including October 28, 2026.

Respectfully submitted this the 18th day of June, 2026.

**HENDREN, REDWINE MALONE, PLLC**

s/ Rebecca Redwine Grow
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Stoney (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone:  (919) 573-1422
Facsimile:   (919) 420-0475
Email: jhendren@hendrenmalone.com
        rredwine@hendrenmalone.com
        bwaller@hendrenmalone.com
        lstoney@hendrenmalone.com
*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CHARLES & COLVARD, LTD.** | ) | **Case No. 26-00969-5-DMW** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

### NOTICE OF DEBTOR'S APPLICATION FOR EXTENSION OF THE EXCLUSIVITY PERIOD FOR FILING A PLAN OF REORGANIZATION AND ACCEPTANCE DEADLINE

NOTICE IS HEREBY GIVEN of the DEBTOR'S APPLICATION FOR EXTENSION OF THE EXCLUSIVITY PERIOD FOR FILING A PLAN OF REORGANIZATION AND ACCEPTANCE DEADLINE filed simultaneously herewith in the above-captioned case; and,

FURTHER NOTICE IS HEREBY GIVEN that this Application may be allowed provided no response and request for a hearing is made by a party in interest within **TWENTY-ONE (21) DAYS**; and

FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on the Application and response thereto at a date, time and place to be later set by the Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Application and response thereto ex parte without further notice. Any party filing an objection requesting a hearing shall appear at said hearing or they may be taxed with Court costs.

DATED: June 18, 2026

**HENDREN, REDWINE & MALONE, PLLC**
s/ Rebecca Redwine Grow
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Stoney (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 420-7867
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lstoney@hendrenmalone.com
*Attorneys for the Debtor*

## CERTIFICATE OF SERVICE

I, Rebecca Redwine Grow, of 4600 Marriott Drive, Suite 150, Raleigh, NC 27612, hereby certify;

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day I served copies of the foregoing DEBTOR'S APPLICATION FOR EXTENSION OF THE EXCLUSIVITY PERIOD FOR FILING A PLAN OF REORGANIZATION AND ACCEPTANCE DEADLINE on the parties listed below as indicated and pursuant to the Order Limiting Notice [DE# 62].

I certify under penalty of perjury that the foregoing is true and correct.

DATED:  June 18, 2026

HENDREN, REDWINE MALONE, PLLC

s/ Rebecca Redwine Grow
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Stoney (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone:  (919) 573-1422
Facsimile:   (919) 420-0475
Email: jhendren@hendrenmalone.com
        rredwine@hendrenmalone.com
        bwaller@hendrenmalone.com
        lstoney@hendrenmalone.com
*Counsel for the Debtor*

Brian Behr                                        (via CM/ECF)
*Office of the Bankruptcy Administrator*

Laurie Biggs                                      (via CM/ECF)
Counsel for Wear the Passion, Inc.

Jennifer Lyday                                    (via CM/ECF)
Kevin Sink
Patrick Costello
Counsel for Van Lang Jewelry LLC

Rebecca Lindahl                                    (via CM/ECF)
Counsel for Wolfspeed, Inc.
Louis Spencer                                      (via CM/ECF)
Counsel for SBP Office Owner, LP

Stuart Wilson-Patton                               (via CM/ECF)
Counsel for TN Dept. of Revenue