**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CHARLES & COLVARD, LTD.** | ) | **Case No. 26-00969-5-DMW** |
| | ) | |
| Debtor. | ) | **Chapter 11** |
| | ) | |

**ORDER ALLOWING APPLICATION FOR EXTENSION OF THE EXCLUSIVITY PERIOD FOR FILING A PLAN OF REORGANIZATION AND ACCEPTANCE DEADLINE**

THIS MATTER, coming on to be heard before the Court pursuant to the Application for Extension of Time as filed by the Debtor; and it appearing to the Court as follows:

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      The Debtor filed its voluntary Chapter 11 petition on March 2, 2026 (the "Petition Date").

3.      Pursuant to 11 U.S.C. § 1121(b), the Debtor has the exclusive right to file a Plan of Reorganization through June 30, 2026.

4.      Pursuant to 11 U.S.C. § 1121(c)(3), the Debtor has through August 29, 2026 to obtain acceptances of its Chapter 11 Plan.

5.      The Debtor requests that the period within which it has the exclusive right to file a Plan of Reorganization under 11 U.S.C. § 1121(b) and the acceptance deadline under 11 U.S.C. § 1121(c)(3) be extended for approximately sixty (60) days.

6.      Allowing the extensions as requested in the Application will not prejudice any party and is in the best interests of the Estate and all parties in interest.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Debtor is hereby granted an extension of the exclusivity period under 11 U.S.C. § 1121(b) in which the Debtor has the exclusive right to file a Plan through and including August 31, 2026, and an extension of the acceptance deadline under 11 U.S.C. § 1121(c)(3) through and including October 28, 2026.

**END OF DOCUMENT**