**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CHARLES & COLVARD, LTD.** | ) | **Case No. 26-00969-5-DMW** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**DECLARATION AND DISCLOSURE STATEMENT OF SEAN TUTTLE, ON BEHALF OF STONETURN GROUP LLP**

Pursuant to 28 U.S.C. § 1746, I, Sean Tuttle, state under penalty of perjury as follows:

I am over 18 years of age and a **Partner** of **StoneTurn Group LLP (**an affiliate of Province, LLC), located at **75 State Street, Suite 1710, Boston, MA 02109** (the "Company").

The above-captioned debtor-in-possession (the "Debtor") has requested that the Company provide **IT administration and advisory services** to the Debtor, and the Company has consented to provide such services (the "Services").

The Services include, but are not limited to, the following: **forensic identification, collection, preservation, processing, secure storage, hosting, and analysis of electronically stored information and other data maintained by the Debtor, including data contained in email accounts, cloud-based storage accounts, computers, mobile devices, servers, financial and accounting systems, and other electronic sources. StoneTurn may also provide eDiscovery consulting and project-management services; assist with data restoration, conversion, review, and production; maintain appropriate chain-of-custody documentation; and perform such additional forensic technology, data-preservation, investigative, and litigation-support services as may be requested by the Debtor or its counsel.**

The Company may have performed services in the past and may perform services in the future, in matters unrelated to the Chapter 11 Case, for persons that are parties in interest in the Debtor's Chapter 11 Case. As part of its customary practice, the Company is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants, employees of the Debtor, or other parties in interest in the Chapter 11 Case.

The Company does not perform services for any such person in connection with the Chapter 11 Case. In addition, the Company does not have any relationship with any such person, their attorneys, or their accountants that would be adverse to the Debtor or its estate with respect to the matters on which the Company is to be retained.

Neither I, nor any principal of, or professional employed by, the Company has agreed to share or will share any portion of the compensation to be received from the Debtor with any other person other than the principals and regular employees of the Company.

Neither I, nor any principal of, or professional employed by, the Company, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtor or its estate with respect to the matters on which the Company is to be retained.

As of the date of the commencement of the Chapter 11 Case, the Debtor owed the Company $**0** for prepetition services.

The Company is conducting further inquiries regarding its retention by any creditors of the Debtor, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Company should discover any facts bearing on the matters described in this affidavit, the Company will supplement the information contained in this affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on **July 30, 2026**.

Sean Tuttle
Declarant Name

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CHARLES & COLVARD, LTD.** | ) | **Case No. 26-00969-5-DMW** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**RETENTION QUESTIONNAIRE**

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by the above-captioned debtor-in-possession (the "Debtor").

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of company:

   StoneTurn Group LLP (an affiliate of Province, LLC), located at 75 State Street, Suite 1710, Boston, MA 02109

2. Date of retention: July 30, 2026

3. Type of services to be provided (accounting, legal, etc.)

   IT administration and advisory services

4. Brief description of services to be provided:

   forensic identification, collection, preservation, processing, secure storage, hosting, and analysis of electronically stored information and other data maintained by the Debtor, including data contained in email accounts, cloud-based storage accounts, computers, mobile devices, servers, financial and accounting systems, and other electronic sources. StoneTurn may also provide eDiscovery consulting and project-management services; assist with data restoration, conversion, review, and production; maintain appropriate chain-of-custody documentation; and perform such additional forensic technology, data-preservation, investigative, and litigation-support services as may be requested by the Debtor or its counsel.

5. Arrangements for compensation (hourly, contingent, etc.)

Hourly

(a) Average hourly rate (if applicable): ~$700

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

NA

6. Prepetition claims against any of the Debtor held by the company: NA

Amount of claim: NA

Date claim arose: NA

Nature of claim: NA

7. Prepetition claims against any of the Debtor held individually by any member, associate, or professional employee of the company:

Name: NA

Status: NA

Amount of claim: NA

Date claim arose: NA

Nature of claim: NA

8. Disclose the nature and provide a brief description of any interest adverse to the Debtor or its estate for the matters on which the company is to be employed.

NA

9. Name and title of individual completing this form:

Sean Tuttle - Partner

Dated: July 30, 2026