**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

**IN RE:**
**CHARLES & COLVARD, LTD.,**
**Debtor.**

**Chapter 11**
**Case No. 26-00969-5-DMW**

**MOTION TO CONTINUE HEARING**

NOW COMES, Van Lang Jewelry LLC (the "Van Lang"), by and through undersigned counsel, and hereby moves the Court for an Order continuing the hearing presently set for September 16, 2026, at 1:00 p.m. to a later date to be fixed by the Court approximately seven days in the future (the "Motion"). In support of this Motion, Van Lang shows the Court as follows:

1. The Court has jurisdiction over the subject matter hereof pursuant to 28 U.S.C. §§ 151, 157, and 1334 and the Standing Order of Reference of the United States Bankruptcy Court for the Eastern District of North Carolina, and this is a core proceeding within 28 U.S.C. § 157(b)(2).

2. On March 2, 2026 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code.

3. The Debtor continues in possession of its assets as debtor-in-possession pursuant to 11 U.S.C. § 1107. No trustee, examiner, or official committee of unsecured creditors has been appointed.

4. On August 10, 2026, the Debtor filed its *Motion for Order Authorizing Disbursement of Sale Proceeds* (the "Disbursement Motion") [Doc. No. 134].

5. On August 31, 2026, Van Lang filed its *Response and Objection to Motion for Order Authorizing Disbursement of Sale Proceeds* [Doc. No. 143], objecting to the Debtor's proposed distribution of the Sale Proceeds. In particular, Van Lang objects to the Disbursement Motion's failure

to provide for immediate payment of Van Lang's attorneys' fees and expenses as required by the debtor in possession financing facility referenced therein.

6. A hearing on the Disbursement Motion and Van Lang's objection thereto is currently scheduled for September 16, 2026, at 1:00 p.m.

7. The parties require additional time to confer regarding the issues raised in Van Lang's objection, including the proper accounting and payment of Van Lang's fees and expenses.

8. Furthermore, counsel for Van Lang is required to appear at a rescheduled meeting of creditors pursuant to 11 U.S.C. § 341 in an unrelated matter, which meeting is scheduled for the exact same date and time as the hearing currently set in this case.

9. Counsel for Van Lang has conferred with counsel for the Debtor, and counsel for the Debtor consents to the relief requested in this Motion.

WHEREFORE, Van Lang Jewelry LLC respectfully requests that the Court enter an Order continuing the hearing on the Disbursement Motion currently scheduled for September 16, 2026, at 1:00 p.m. to a later date to be fixed by the Court approximately seven days in the future, and to grant such other and further relief as the Court deems just and proper.

This the 15th day of September, 2026.

**WALDREP WALL BABCOCK**
**& BAILEY PLLC**

*/s/ Jennifer B. Lyday*
Jennifer B. Lyday
N.C. State Bar No. 39871
Kevin Sink
N.C. State Bar No.: 21041
370 Knollwood St. Ste 600
Winston-Salem, NC 27103-1864
Telephone: (336) 722-6300
Email: jlyday@waldrepwall.com
ksink@waldrepwall.com
*Attorneys for Van Lang Jewelry LLC*

# CERTIFICATE OF SERVICE

I, Jennifer B. Lyday, certify that, on September 15, 2026, I caused a copy of the foregoing **MOTION TO CONTINUE HEARING** to be served via electronic service through CM/ECF upon all parties who have registered for such service as set forth below:

***VIA CM/ECF***

Brian C. Behr
U.S. Bankruptcy Administrator

Benjamin E.F.B. Waller
Attorney for the Debtor

This the 15th day of September, 2026.

**WALDREP WALL BABCOCK & BAILEY PLLC**

*s/Jennifer B. Lyday*
Jennifer B. Lyday
N.C. State Bar No. 39871
370 Knollwood Street, Suite 600
Winston-Salem, NC 27103-1864
Telephone: (336) 722-6300
Email: jlyday@waldrepwall.com
*Attorney for Van Lang Jewelry LLC*