**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-00969-5-DMW** |
| **CHARLES & COLVARD, LTD.** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |

**SUMMARY OF BALLOTS**

| **CLASS** | **ACCEPTED** | **REJECTED** |
|---|---|---|
| CLASS I: Priority Non-Tax Claims | **IMPAIRED** | |
| CLASS II: Van Lang Jewelry | **IMPAIRED** | |
| CLASS III: Wolfspeed, Inc. | **IMPAIRED** | |
| CLASS IV: Ethara Capital LLC | **NO BALLOT** | |
| CLASS V: Essential Lab Grown Diamonds Inc. | **NO BALLOT** | |
| CLASS VI: General Unsecured Claims | **IMPAIRED** | |
| CLASS VII: Equity Security Holder | **NO BALLOT** | |

**DATED:** October 21, 2026

**HENDREN, REDWINE & MALONE, PLLC**

s/Jason L. Hendren
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-00969-5-DMW** |
| **CHARLES & COLVARD, LTD.** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |

## BALLOT REPORT

The Debtor, by and through its undersigned counsel, submits the following report of all ballots received by the undersigned in connection with the Debtor's Chapter 11 Plan of 11 filed on August 31, 2026.

**CLASS 1**
PRIORITY NON-TAX CLAIMS
Impaired

| Creditor Name | Accept | Reject | Amount of Claim (per ballot unless otherwise stated) |
|---|---|---|---|
| Clint Pete | X | | $17,150.00 |

| | | |
|---|---|---|
| NUMBER ACCEPTING | (1 OF 1) | 100% |
| AMOUNT ACCEPTING | ($17,150.00 OF $17,150.00) | 100% |

**CLASS 2**
Van Lang Jewelry ("VLJ")
Impaired

| Creditor Name | Accept | Reject | Amount of Claim (per ballot unless otherwise stated) |
|---|---|---|---|
| Van Lang Jewelry | X | | $0.00 |

| | | |
|---|---|---|
| NUMBER ACCEPTING | (1 OF 1) | 100% |
| AMOUNT ACCEPTING | ($0.00 OF $0.00) | 100% |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CHARLES & COLVARD, LTD.** | ) | **Case No. 26-00969-5-DMW** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

**Charles & Colvard, Ltd.** filed a Plan of Reorganization (the "Plan") and Disclosure Statement on August 31, 2026 in this case. The Plan provides information to assist you in deciding how to vote your ballot. Court approval of the Plan is required.

You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you should complete a ballot for each class in which you are entitled to vote.

If your ballot is not received by **Rebecca Redwine Grow, Hendren, Redwine & Malone, PLLC, 4600 Marriott Drive, Suite 150, Raleigh, NC 27612** on or before **5:00 p.m.** on **October 15, 2026** and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

A. The undersigned, the holder of the following claim or interest against the Debtor (check one):

_X_ Class I: Priority Non-Tax Claims
___ Class II: Van Lang Jewelry
___ Class III: Wolfspeed, Inc.
___ Class IV: Ethara Capital LLC
____ Class V: Essential Lab Grown Diamonds Inc.
___ Class VI: General Unsecured Claims
___ Class VII: Equity Security Holders

B. The amount of my Claim in this Class is: $17,150.00______, or, if applicable, the Number of my Shares is: _______________.

C. The undersigned votes the foregoing claim or interest as follows

[X] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: 10/20/2026

Print or type name: Clint J. Peto

Signature: [signature]

Title (if corporation or partnership) ______________________

Company Name: ______________________

Address: 1805 Dunes Ct.
Raleigh, NC 27615

**Return this ballot to: Rebecca Rewine Grow, Hendren, Redwine & Malone, PLLC, 4600 Marriott Drive, Suite 150, Raleigh, NC 27612 or Facsimile: (919) 420-0475**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CHARLES & COLVARD, LTD.** | ) | **Case No. 26-00969-5-DMW** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**Charles & Colvard, Ltd.** filed a Plan of Reorganization (the "Plan") and Disclosure Statement on August 31, 2026 in this case. The Plan provides information to assist you in deciding how to vote your ballot. Court approval of the Plan is required.

You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you should complete a ballot for each class in which you are entitled to vote.

If your ballot is not received by **Rebecca Redwine Grow, Hendren, Redwine & Malone, PLLC, 4600 Marriott Drive, Suite 150, Raleigh, NC 27612** on or before **5:00 p.m.** on **October 15, 2026** and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF THE PLAN**

A. The undersigned, the holder of the following claim or interest against the Debtor (check one):

___ Class I: Priority Non-Tax Claims
X Class II: Van Lang Jewelry
___ Class III: Wolfspeed, Inc.
___ Class IV: Ethara Capital LLC
____ Class V: Essential Lab Grown Diamonds Inc.
___ Class VI: General Unsecured Claims
___ Class VII: Equity Security Holders

B. The amount of my Claim in this Class is: $0.00, or, if applicable, the Number of my Shares is: N/A.

C. The undersigned votes the foregoing claim or interest as follows

**[X] ACCEPTS THE PLAN** **[ ] REJECTS THE PLAN**

Dated: October 20, 2026

Print or type name: Van Lang Jewelry LLC

Signature: */s/ Jennifer B. Lyday*

Title (if corporation or partnership) Counsel for Van Lang Jewelry LLC

Company Name: Waldrep Wall Babcock & Bailey PLLC

Address: 370 Knollwood Street, Suite 600
Winston-Salem, NC 27103

**Return this ballot to: Rebecca Rewine Grow, Hendren, Redwine & Malone, PLLC, 4600 Marriott Drive, Suite 150, Raleigh, NC 27612 or Facsimile: (919) 420-0475**

**CLASS 3**
Wolfspeed, Inc. ("Wolfspeed")
Impaired

| Creditor Name | Accept | Reject | Amount of Claim (per ballot unless otherwise stated) |
|---|---|---|---|
| Wolfspeed, Inc. | X | | $475,000.00 |

| | | |
|---|---|---|
| NUMBER ACCEPTING | (1 OF 1) | 100% |
| AMOUNT ACCEPTING | ($475,000.00 OF $475,000.00) | 100% |

**CLASS 4**
Ethara Capital LLC ("Ethara")
Impaired

| Creditor Name | Accept | Reject | Amount of Claim (per ballot unless otherwise stated) |
|---|---|---|---|
| Ethara Capital LLC | | | NO BALLOT |

| | | |
|---|---|---|
| NUMBER ACCEPTING | (0 OF 0) | 0% |
| AMOUNT ACCEPTING | ($0.00 OF $0.00) | 0% |

**CLASS 5**
Essential Lab Grown Diamonds Inc. ("ELGD")
Impaired

| Creditor Name | Accept | Reject | Amount of Claim (per ballot unless otherwise stated) |
|---|---|---|---|
| Essential Lab Grown Diamonds Inc. | | | NO BALLOT |

| | | |
|---|---|---|
| NUMBER ACCEPTING | (0 OF 0) | 0% |
| AMOUNT ACCEPTING | ($0.00 OF $0.00) | 0% |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CHARLES & COLVARD, LTD.** | ) | **Case No. 26-00969-5-DMW** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**Charles & Colvard, Ltd.** filed a Plan of Reorganization (the "Plan") and Disclosure Statement on August 31, 2026 in this case. The Plan provides information to assist you in deciding how to vote your ballot. Court approval of the Plan is required.

You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you should complete a ballot for each class in which you are entitled to vote.

If your ballot is not received by **Rebecca Redwine Grow, Hendren, Redwine & Malone, PLLC, 4600 Marriott Drive, Suite 150, Raleigh, NC 27612** on or before **5:00 p.m.** on **October 15, 2026** and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF THE PLAN**

A. The undersigned, the holder of the following claim or interest against the Debtor (check one):

___ Class I: Priority Non-Tax Claims
___ Class II: Van Lang Jewelry
_x_ Class III: Wolfspeed, Inc.
___ Class IV: Ethara Capital LLC
____Class V: Essential Lab Grown Diamonds Inc.
___ Class VI: General Unsecured Claims
___ Class VII: Equity Security Holders

B. The amount of my Claim in this Class is: $ 475,000 __________, or, if applicable, the Number of my Shares is: _____________.

C. The undersigned votes the foregoing claim or interest as follows

[x] **ACCEPTS THE PLAN** [ ] **REJECTS THE PLAN**

Dated: 10/8/2026

Print or type name: Wolfspeed, Inc.

Signature: Melissa Garrett

Title (if corporation or partnership) SVP, General Counsel - Legal

Company Name: Wolfspeed, Inc.

Address: 4600 Silicon Drive
Durham, NC 27703

**Return this ballot to: Rebecca Rewine Grow, Hendren, Redwine & Malone, PLLC, 4600 Marriott Drive, Suite 150, Raleigh, NC 27612 or Facsimile: (919) 420-0475**

**CLASS 6**
General Unsecured Claims
Impaired

| Creditor Name | Accept | Reject | Amount of Claim (per ballot unless otherwise stated) |
|---|---|---|---|
| Wolfspeed, Inc. | X | | $1,962,095.89 |
| Clint Pete | X | | $33,538.40 |

| | | |
|---|---|---|
| NUMBER ACCEPTING | (2 OF 2) | 100% |
| AMOUNT ACCEPTING | ($1,995,634.29 OF $1,995,634.29) | 100% |

**CLASS 7**
Equity Security Holders
Impaired

| Creditor Name | Accept | Reject | Amount of Claim (per ballot unless otherwise stated) |
|---|---|---|---|
| Equity Security Holder | | | NO BALLOT |

| | | |
|---|---|---|
| NUMBER ACCEPTING | (0 OF 0) | 0% |
| AMOUNT ACCEPTING | ($0.00 OF $0.00) | 0% |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CHARLES & COLVARD, LTD.** | ) | **Case No. 26-00969-5-DMW** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**Charles & Colvard, Ltd.** filed a Plan of Reorganization (the "Plan") and Disclosure Statement on August 31, 2026 in this case. The Plan provides information to assist you in deciding how to vote your ballot. Court approval of the Plan is required.

You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you should complete a ballot for each class in which you are entitled to vote.

If your ballot is not received by **Rebecca Redwine Grow, Hendren, Redwine & Malone, PLLC, 4600 Marriott Drive, Suite 150, Raleigh, NC 27612** on or before **5:00 p.m.** on **October 15, 2026** and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF THE PLAN**

A. The undersigned, the holder of the following claim or interest against the Debtor (check one):

___ Class I: Priority Non-Tax Claims
___ Class II: Van Lang Jewelry
___ Class III: Wolfspeed, Inc.
___ Class IV: Ethara Capital LLC
____Class V: Essential Lab Grown Diamonds Inc.
_x_ Class VI: General Unsecured Claims
___ Class VII: Equity Security Holders

B. The amount of my Claim in this Class is: $ 1,962,095.89, or, if applicable, the Number of my Shares is: ______________.

C. The undersigned votes the foregoing claim or interest as follows

[x] **ACCEPTS THE PLAN** [ ] **REJECTS THE PLAN**

Dated: 10/8/2026

Print or type name: Wolfspeed, Inc.

Signature: Melissa Garrett

Title (if corporation or partnership) SVP, General Counsel - Legal

Company Name: Wolfspeed, Inc.

Address: 4600 Silicon Drive

Durham, NC 27703

**Return this ballot to: Rebecca Rewine Grow, Hendren, Redwine & Malone, PLLC, 4600 Marriott Drive, Suite 150, Raleigh, NC 27612 or Facsimile: (919) 420-0475**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CHARLES & COLVARD, LTD.** | ) | **Case No. 26-00969-5-DMW** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**Charles & Colvard, Ltd.** filed a Plan of Reorganization (the "Plan") and Disclosure Statement on August 31, 2026 in this case. The Plan provides information to assist you in deciding how to vote your ballot. Court approval of the Plan is required.

You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you should complete a ballot for each class in which you are entitled to vote.

If your ballot is not received by **Rebecca Redwine Grow, Hendren, Redwine & Malone, PLLC, 4600 Marriott Drive, Suite 150, Raleigh, NC 27612** on or before **5:00 p.m.** on **October 15, 2026** and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF THE PLAN**

A. The undersigned, the holder of the following claim or interest against the Debtor (check one):

___Class I: Priority Non-Tax Claims
___ Class II: Van Lang Jewelry
___ Class III: Wolfspeed, Inc.
___ Class IV: Ethara Capital LLC
____Class V: Essential Lab Grown Diamonds Inc.
_X_ Class VI: General Unsecured Claims
___ Class VII: Equity Security Holders

B. The amount of my Claim in this Class is: $33,538.40____, or, if applicable, the Number of my Shares is: ______________.

C. The undersigned votes the foregoing claim or interest as follows

[X] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: 10/20/2026

Print or type name: Clint J. Pefe

Signature: [signature]

Title (if corporation or partnership) ______________________

Company Name: ______________________

Address: 1805 Dunes Ct, Raleigh, NC 27615

**Return this ballot to: Rebecca Rewine Grow, Hendren, Redwine & Malone, PLLC, 4600 Marriott Drive, Suite 150, Raleigh, NC 27612 or Facsimile: (919) 420-0475**

**DATED:** October 21, 2026

**HENDREN, REDWINE & MALONE, PLLC**

s/Jason L. Hendren
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Attorneys for Debtor*