**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CHARLES & COLVARD, LTD.** | ) | **Case No. 26-00969-5-DMW** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**DEBTOR'S THIRD APPLICATION FOR EXTENSION OF THE EXCLUSIVITY PERIOD FOR FILING A PLAN OF REORGANIZATION AND ACCEPTANCE DEADLINE**

NOW COMES Charles & Colvard, Ltd. (the "Debtor"), by and through its undersigned counsel, and respectfully moves this Court for an order extending the period in which the Debtor has the exclusive right to file a Plan under 11 U.S.C. § 1121(b) and the acceptance deadline under 11 U.S.C. § 1121(c)(3). In support of this application, the Debtor shows unto the Court as follows:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. The Debtor filed its voluntary Chapter 11 petition on March 2, 2026 (the "Petition Date").

3. Pursuant to the order dated September 10, 2026, the Debtor has the exclusive right to file a Plan of Reorganization through October 30, 2026 [DE# 154].

4. Pursuant to the order dated September 10, 2026, the Debtor has through December 27, 2026, to obtain acceptances to its Chapter 11 Plan [DE# 154].

5. The Debtor requests that the period in which it has the exclusive right to file a Plan of Reorganization under 11 U.S.C. § 1121(b) and the acceptance period under 11 U.S.C. § 1121(c)(3) each be extended for a period of approximately thirty (30) days.

6. An order allowing the extensions as requested in this application will not prejudice any party and is in the best interests of the Estate and all parties in interest.

**WHEREFORE**, the Debtor respectfully prays that it be granted an approximate thirty (30) day extension of the exclusivity period under 11 U.S.C. § 1121(b) in which the Debtor has the exclusive right to file a Plan through and including November 29, 2026, and of the acceptance period under 11 U.S.C. § 1121(c)(3) through and including January 26, 2027.

Respectfully submitted this the 28th day of October, 2026.

**HENDREN, REDWINE MALONE, PLLC**

s/ Jason L. Hendren
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I, Jason L. Hendren, of 4600 Marriott Drive, Suite 150, Raleigh, NC 27612, hereby certify;

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day I served copies of the foregoing DEBTOR'S THIRD APPLICATION FOR EXTENSION OF THE EXCLUSIVITY PERIOD FOR FILING A PLAN OF REORGANIZATION AND ACCEPTANCE DEADLINE on the parties listed below as indicated and pursuant to the Order Limiting Notice [DE# 62].

I certify under penalty of perjury that the foregoing is true and correct.

DATED: October 28, 2026

**HENDREN, REDWINE MALONE, PLLC**

s/ Jason L. Hendren
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
Lydia C. Carpenter (NC State Bar No. 56697)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 573-1422
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com
lcarpenter@hendrenmalone.com
*Counsel for the Debtor*

Brian Behr (via CM/ECF)
*Office of the Bankruptcy Administrator*

Laurie Biggs (via CM/ECF)
Counsel for Wear the Passion, Inc.

Jennifer Lyday (via CM/ECF)
Kevin Sink
Patrick Costello
Counsel for Van Lang Jewelry LLC

| | |
|---|---|
| Rebecca Lindahl<br>Counsel for Wolfspeed, Inc. | (via CM/ECF) |
| Louis Spencer<br>Counsel for SBP Office Owner, LP | (via CM/ECF) |
| Stuart Wilson-Patton<br>Counsel for TN Dept. of Revenue | (via CM/ECF) |