**VAN−100** Notice of Continued Hearing − Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Charles & Colvard, Ltd.
***( known aliases: C3 DIAMANTE, INC., C3, INC. )***
6325 Falls of Neuse Road, Ste 35−108
Raleigh, NC 27615

TaxID: 56−1928817

CASE NO.: 26−00969−5−DMW

DATE FILED: March 2, 2026

CHAPTER: 11

NOTICE OF RESCHEDULED HEARING

NOTICE IS HEREBY GIVEN that the hearing has been rescheduled and will be held as indicated below:

DATE: Tuesday, December 1, 2026
TIME: 02:00 PM
PLACE: 300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

Hearing on Confirmation of Chapter 11 Plan filed by Rebecca Redwine Grow on behalf of Charles & Colvard, Ltd.

and to transact all other business as may properly come before the court.

A certificate of service must be filed by the attorney for the debtor(s) evidencing service on all creditors by the following date: November 6, 2026

DATED: October 30, 2026

Stephanie J. Butler
Clerk of Court